UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MICHIGAN

| | | |
|---|---|---|
| MALIBU MEDIA, LLC. | ) | |
| Plaintiff, | ) | Civil Action Case No.: 1:13-cv-00360-RJJ |
| v. | ) | |
| JESSE RALEIGH, | ) | |
| Defendant. | ) | |

### NOTICE OF APPEARANCE AND APPEARANCE

<u>TO:</u>  CLERK OF THE COURT
PAUL J. NICOLETTI, ESQ.

PLEASE TAKE NOTICE that the law offices of BLANCO WILCZYNSKI, P.L.L.C., hereby enters their Appearance for and on behalf of Defendant, Jesse Raleigh, relative to the above-captioned matter.

Respectfully submitted,
**BLANCO WILCZYNSKI PLLC**
BY: /s/ *Derek S. Wilczynski*
DEREK S. WILCZYNSKI [P-57079]
Attorneys for Defendant
2095 East Big Beaver Road
Suite 400
Troy, MI  48083
(248) 519.9000
(248) 519.9001 – Fax
dsw@blancopc.com

Dated: August 13, 2013

---

**PROOF OF SERVICE**

The undersigned certifies that a copy of the foregoing document was served upon all counsel at their above-captioned addresses on this 13th day of August, 2013, via ECF, and declares under penalty of perjury that this statement is true to the best of her information, knowledge and belief.

*Freda A. Noble*
FREDA A. NOBLE

---

s:\cases - open\raleigh, jessie\pleading\081313 notice of appearance and appearance dsw fan.docx