# EXHIBIT

# C



**Computer Forensics LLC**
1880 North Congress Ave, Suite 333
Boynton Beach, Florida 33426
Main: 561.404.3074
www.ComputerForensicsLLC.com

**Reference Malibu Case Raleigh**

I received a UPS package tracking number 1Z51708E0263740194 on 3/6/2015 from JRaleigh. The package contained a power supply and one Western Digital external 2TB My Book HDD (hard disk drive) serial number 574D415A4139303734343136. The Western Digital My Book HDD was connected to a Tableau TD3 forensic device for imaging. A forensically sound image was created of the Western Digital 2TB HDD. The following is the log file created by the TD3 device.

```
-----------------------------Start of TD3 Log Entry-----------------------------
Task: Disk Image
Status: Ok
Created: Sat Mar  7 19:20:57 2015
Started: Sat Mar  7 19:20:57 2015
Closed: Sun Mar  8 08:48:07 2015
Elapsed: 13 hours 27 min
User: Patrick Paige
Case ID: JRaleigh
Case Notes: 2TB WD USB3 Ext. HDD sent via UPS TN:1Z51708E0263740194 from Jessie Raleigh.
Imager App: TD3
Imager Ver: 1.5.0
TD3 S/N: 000ecc01d350cc
-----------------------------Source Disk-----------------------------
Interface: USB
Model: WD My Book 1140
Firmware revision: 1012
Serial number: WMAZA9074416
USB Serial number: 574D415A4139303734343136
Capacity in bytes: 2,000,365,289,472 (2.0 TB)
Block Size: 512 bytes
Block Count: 3,906,963,456
-----------------------------Destination Disk-----------------------------
Interface: SATA
Model:  ST3000DM001-1CH166
Firmware revision: CC26
Serial number: Z1F2LN02
Capacity in bytes: 3,000,592,982,016 (3.0 TB)
Block Size: 512 bytes
Block Count: 5,860,533,168
   Power-ON Block Count: 5,860,533,168
   HPA Block Count: 5,860,533,168
   DCO Block Count: 5,860,533,168
-----------------------------Disk Imaging Results-----------------------------
Output file format: E01 - EnCase format
Chunk size in bytes: 2,147,483,648 (2.1 GB)
Chunks written: 932
Filename of first chunk: JRaleighWD2TB/WMAZA9074416_My Book 1140/JRaleighWD2TBExtHDD.E01
Total errors: 0
Acquisition MD5:   247dbce2c305297681c653986b105336
Acquisition SHA-1: 29de7cd79cb72410c04c98e916c44acc86ea95c5
```

Computer Forensics LLC | 1880 North Congress Ave, Suite 333| Boynton Beach, FL 33426 | 561.404.3074 | www.ComputerForensicsLLC.com

3/19/2015    Items Submitted    Page 1 of 18

```
---------------------Readback Verification Results---------------------
Verification MD5:   247dbce2c305297681c653986b105336
Verification SHA-1: 29de7cd79cb72410c04c98e916c44acc86ea95c5
Status: Verified
-----------------------------End of TD3 Log Entry-----------------------------
```

The image files were later loaded into EnCase forensic software that verified the files with no errors. Once loaded into EnCase software it was found that the hard drive contained a FileVault2 encrypted volume. In order to read the encrypted volume I connected the Western Digital 2TB HDD back to the Tableau TD3 device and made a RAW copy of the HDD onto a 3TB wiped HDD thus making a clone of the original HDD. The clone HDD was connected to a Tableau T35u USB3 write blocker which was then connected to my MacBook Pro forensic computer. Once I connected the cloned HDD, I was prompted to enter the password to unlock the encrypted volume "JR Backup". I entered the password "dontbeafuckingprickman15423" which was provided to me by J. Raleigh. The encrypted volume was then unlocked thus revealing the contents. Using BlackLight forensic software I processed the contents of the drive and was able to view the folder structure. The folder structure revealed the drive was used as a "backup drive" aka "Time Machine" and contained 72 backup folders dated from 2013-12-18 to 2015-03-04 which filled the 2TB drive. The below screen captures show the backups in 2014 occurred on average 3-4 times a month. In 2015 that continued until the month of March 2015 when 24 backups were performed including 16 on the day the drive was shipped to my office for analysis on 3/4/2015 at 6:20PM according to UPS Tracking's first scan entry.

| Name | Date Modified | Date Created | S |
|---|---|---|---|
| ▼ Backups.backupdb | Dec 21, 2014, 3:13 PM | Dec 17, 2013, 8:59 AM | |
| ▼ jrmbp | Mar 4, 2015, 4:42 PM | Dec 17, 2013, 8:59 AM | |
| ▶ 2013-12-18-170019 | Dec 18, 2013, 5:00 PM | Dec 18, 2013, 4:48 PM | |
| ▶ 2014-01-03-085156 | Jan 3, 2014, 8:51 AM | Jan 3, 2014, 8:50 AM | |
| ▶ 2014-01-16-091307 | Jan 16, 2014, 9:13 AM | Jan 16, 2014, 9:12 AM | |
| ▶ 2014-01-28-114525 | Jan 28, 2014, 11:45 AM | Jan 28, 2014, 11:41 AM | |
| ▶ 2014-02-04-100324 | Feb 4, 2014, 10:03 AM | Feb 4, 2014, 10:01 AM | |
| ▶ 2014-02-11-084517 | Feb 11, 2014, 8:45 AM | Feb 11, 2014, 8:41 AM | |
| ▶ 2014-02-18-073842 | Feb 18, 2014, 7:38 AM | Feb 18, 2014, 7:33 AM | |
| ▶ 2014-02-25-083638 | Feb 25, 2014, 8:36 AM | Feb 25, 2014, 8:34 AM | |
| ▶ 2014-03-11-093722 | Mar 11, 2014, 9:37 AM | Mar 11, 2014, 9:35 AM | |
| ▶ 2014-03-18-082010 | Mar 18, 2014, 8:20 AM | Mar 18, 2014, 8:17 AM | |
| ▶ 2014-03-25-091019 | Mar 25, 2014, 9:10 AM | Mar 25, 2014, 9:09 AM | |
| ▶ 2014-04-01-091421 | Apr 1, 2014, 9:14 AM | Apr 1, 2014, 9:13 AM | |
| ▶ 2014-04-09-095753 | Apr 9, 2014, 9:57 AM | Apr 9, 2014, 9:49 AM | |
| ▶ 2014-04-21-101942 | Apr 21, 2014, 10:19 AM | Apr 21, 2014, 10:16 AM | |
| ▶ 2014-04-28-083828 | Apr 28, 2014, 8:38 AM | Apr 28, 2014, 8:37 AM | |
| ▶ 2014-05-05-100914 | May 5, 2014, 10:09 AM | May 5, 2014, 10:08 AM | |
| ▶ 2014-05-12-085854 | May 12, 2014, 8:58 AM | May 12, 2014, 8:56 AM | |
| ▶ 2014-05-27-114303 | May 27, 2014, 11:43 AM | May 27, 2014, 11:38 AM | |
| ▶ 2014-06-03-085912 | Jun 3, 2014, 8:59 AM | Jun 3, 2014, 8:54 AM | |
| ▶ 2014-06-16-092145 | Jun 16, 2014, 9:21 AM | Jun 16, 2014, 9:17 AM | |
| ▶ 2014-06-23-083445 | Jun 23, 2014, 8:34 AM | Jun 23, 2014, 8:33 AM | |
| ▶ 2014-06-30-080236 | Jun 30, 2014, 8:02 AM | Jun 30, 2014, 8:01 AM | |
| ▶ 2014-07-14-111458 | Jul 14, 2014, 11:14 AM | Jul 14, 2014, 11:11 AM | |
| ▶ 2014-07-21-080945 | Jul 21, 2014, 8:09 AM | Jul 21, 2014, 8:07 AM | |
| ▶ 2014-07-28-133336 | Jul 28, 2014, 1:33 PM | Jul 28, 2014, 1:19 PM | |
| ▶ 2014-08-04-102144 | Aug 4, 2014, 10:21 AM | Aug 4, 2014, 10:15 AM | |
| ▶ 2014-08-12-120940 | Aug 12, 2014, 12:09 PM | Aug 12, 2014, 12:05 PM | |
| ▶ 2014-08-19-084921 | Aug 19, 2014, 8:49 AM | Aug 19, 2014, 8:42 AM | |
| ▶ 2014-08-26-092846 | Aug 26, 2014, 9:28 AM | Aug 26, 2014, 9:19 AM | |
| ▶ 2014-09-02-092541 | Sep 2, 2014, 9:25 AM | Sep 2, 2014, 9:22 AM | |
| ▶ 2014-09-09-081120 | Sep 9, 2014, 8:11 AM | Sep 9, 2014, 8:06 AM | |
| ▶ 2014-09-16-075253 | Sep 16, 2014, 7:52 AM | Sep 16, 2014, 7:49 AM | |
| ▶ 2014-09-29-100719 | Sep 29, 2014, 10:07 AM | Sep 29, 2014, 10:03 AM | |
| ▶ 2014-10-06-105649 | Oct 6, 2014, 10:56 AM | Oct 6, 2014, 10:54 AM | |
| ▶ 2014-12-01-165413 | Dec 1, 2014, 4:54 PM | Dec 1, 2014, 4:42 PM | |
| ▶ 2014-12-13-121125 | Dec 13, 2014, 12:11 PM | Dec 13, 2014, 11:19 AM | |
| ▶ 2014-12-21-130155 | Dec 21, 2014, 1:01 PM | Dec 21, 2014, 12:47 PM | |
| ▶ 2014-12-28-000740 | Dec 28, 2014, 12:07 AM | Dec 28, 2014, 12:04 AM | |
| ▶ 2015-01-11-124450 | Jan 11, 2015, 12:44 PM | Jan 11, 2015, 12:10 PM | |
| ▶ 2015-01-20-161201 | Jan 20, 2015, 4:12 PM | Jan 20, 2015, 4:00 PM | |

Computer Forensics LLC | 1880 North Congress Ave, Suite 333| Boynton Beach, FL 33426 | 561.404.3074 | www.ComputerForensicsLLC.com

3/19/2015    Items Submitted    Page 2 of 18

| | | |
|---|---|---|
| ▶ 📁 2015-02-03-181234 | Feb 3, 2015, 6:12 PM | Feb 3, 2015, 5:50 PM |
| ▶ 📁 2015-02-04-004928 | Feb 4, 2015, 12:49 AM | Feb 4, 2015, 12:47 AM |
| ▶ 📁 2015-02-05-000003 | Feb 5, 2015, 12:00 AM | Feb 4, 2015, 11:59 PM |
| ▶ 📁 2015-02-18-163722 | Feb 18, 2015, 4:37 PM | Feb 18, 2015, 3:09 PM |
| ▶ 📁 2015-02-19-000006 | Feb 19, 2015, 12:00 AM | Feb 18, 2015, 11:58 PM |
| ▶ 📁 2015-02-20-005805 | Feb 20, 2015, 12:58 AM | Feb 20, 2015, 12:53 AM |
| ▶ 📁 2015-02-21-003520 | Feb 21, 2015, 12:35 AM | Feb 21, 2015, 12:33 AM |
| ▶ 📁 2015-02-22-113409 | Feb 22, 2015, 11:34 AM | Feb 22, 2015, 11:29 AM |
| ▶ 📁 2015-03-02-095822 | Mar 2, 2015, 9:58 AM | Mar 2, 2015, 8:05 AM |
| ▶ 📁 2015-03-03-005515 | Mar 3, 2015, 12:55 AM | Mar 3, 2015, 12:53 AM |
| ▶ 📁 2015-03-03-164809 | Mar 3, 2015, 4:48 PM | Mar 3, 2015, 4:39 PM |
| ▶ 📁 2015-03-03-175825 | Mar 3, 2015, 5:58 PM | Mar 3, 2015, 5:52 PM |
| ▶ 📁 2015-03-03-190622 | Mar 3, 2015, 7:06 PM | Mar 3, 2015, 7:00 PM |
| ▶ 📁 2015-03-03-204904 | Mar 3, 2015, 8:49 PM | Mar 3, 2015, 8:10 PM |
| ▶ 📁 2015-03-03-215558 | Mar 3, 2015, 9:55 PM | Mar 3, 2015, 9:51 PM |
| ▶ 📁 2015-03-03-225949 | Mar 3, 2015, 10:59 PM | Mar 3, 2015, 10:58 PM |
| ▶ 📁 2015-03-04-000209 | Mar 4, 2015, 12:02 AM | Mar 4, 2015, 12:01 AM |
| ▶ 📁 2015-03-04-010526 | Mar 4, 2015, 1:05 AM | Mar 4, 2015, 1:03 AM |
| ▶ 📁 2015-03-04-020806 | Mar 4, 2015, 2:08 AM | Mar 4, 2015, 2:06 AM |
| ▶ 📁 2015-03-04-031102 | Mar 4, 2015, 3:11 AM | Mar 4, 2015, 3:09 AM |
| ▶ 📁 2015-03-04-041437 | Mar 4, 2015, 4:14 AM | Mar 4, 2015, 4:12 AM |
| ▶ 📁 2015-03-04-051809 | Mar 4, 2015, 5:18 AM | Mar 4, 2015, 5:16 AM |
| ▶ 📁 2015-03-04-062030 | Mar 4, 2015, 6:20 AM | Mar 4, 2015, 6:19 AM |
| ▶ 📁 2015-03-04-072629 | Mar 4, 2015, 7:26 AM | Mar 4, 2015, 7:22 AM |
| ▶ 📁 2015-03-04-083827 | Mar 4, 2015, 8:38 AM | Mar 4, 2015, 8:28 AM |
| ▶ 📁 2015-03-04-094651 | Mar 4, 2015, 9:46 AM | Mar 4, 2015, 9:41 AM |
| ▶ 📁 2015-03-04-105101 | Mar 4, 2015, 10:51 AM | Mar 4, 2015, 10:48 AM |
| ▶ 📁 2015-03-04-115730 | Mar 4, 2015, 11:57 AM | Mar 4, 2015, 11:53 AM |
| ▶ 📁 2015-03-04-130501 | Mar 4, 2015, 1:05 PM | Mar 4, 2015, 1:00 PM |
| ▶ 📁 2015-03-04-141504 | Mar 4, 2015, 2:15 PM | Mar 4, 2015, 2:07 PM |
| ▶ 📁 2015-03-04-152329 | Mar 4, 2015, 3:23 PM | Mar 4, 2015, 3:17 PM |
| ▶ 📁 2015-03-04-164028 | Mar 4, 2015, 4:40 PM | Mar 4, 2015, 4:24 PM |

The screen capture below is not from this case, but is included to illustrate and show what the "Time Machine" program looks like when clicked on. The Time Machine keeps all the backups performed until the disk of full. Once the disk is full "The oldest backups are deleted when your disk becomes full."



Computer Forensics LLC | 1880 North Congress Ave, Suite 333| Boynton Beach, FL 33426 | 561.404.3074 | www.ComputerForensicsLLC.com

3/19/2015         Items Submitted         Page 3 of 18

A search was conducted on the drive for evidence of Malibu Medias copyrighted works and BitTorrent use. The search was negative for Malibu's movies, but positive for BitTorrent files. The following is a list of Torrent files located on the drive. Many of the located Torrent files are the same but appear in different backup folders.

## Located BitTorrent Files

1) Source Device    disk3/JR Backup
Name   test.torrent
Size    27716 (27.0 KB)
Extension    torrent
Date Created    2014-03-18 13:49:46 (EST)
Date Accessed 2014-03-31 08:34:22 (EST)

2) Source Device    disk3/JR Backup
Name   xubuntu-13.04-desktop-i386.iso.torrent
Path    /.HFS+ Private Directory Data/dir_10509462/xubuntu-13.04-desktop-i386.iso.torrent
Size    31786 (31.0 KB)
Extension    torrent
Date Created    2013-12-17 08:57:39 (EST)
Date Accessed 2013-12-17 08:57:39 (EST)

3) Source Device    disk3/JR Backup
Name   xubuntu-13.04-desktop-i386.iso.torrent
Path    /.HFS+ Private Directory Data/dir_11145093/xubuntu-13.04-desktop-i386.iso.torrent
Size    31786 (31.0 KB)
Extension    torrent
Date Created    2013-12-17 08:57:39 (EST)
Date Accessed 2013-12-17 08:57:39 (EST)

4) Source Device    disk3/JR Backup
Name   xubuntu-13.04-desktop-i386.iso.torrent
Path    /.HFS+ Private Directory Data/dir_12058438/xubuntu-13.04-desktop-i386.iso.torrent
Size    31786 (31.0 KB)
Extension    torrent
Date Created    2013-12-17 08:57:39 (EST)
Date Accessed 2013-12-17 08:57:39 (EST)

5) Source Device    disk3/JR Backup
Name   xubuntu-13.04-desktop-i386.iso.torrent
Path    /.HFS+ Private Directory Data/dir_12543516/xubuntu-13.04-desktop-i386.iso.torrent
Size    31786 (31.0 KB)
Extension    torrent
Date Created    2013-12-17 08:57:39 (EST)
Date Accessed 2013-12-17 08:57:39 (EST)

6) Source Device    disk3/JR Backup
Name   xubuntu-13.04-desktop-i386.iso.torrent
Path    /.HFS+ Private Directory Data/dir_13289356/xubuntu-13.04-desktop-i386.iso.torrent
Size    31786 (31.0 KB)

Computer Forensics LLC | 1880 North Congress Ave, Suite 333| Boynton Beach, FL 33426 | 561.404.3074 | www.ComputerForensicsLLC.com

3/19/2015    Items Submitted    Page 4 of 18

Extension    torrent
Date Created    2013-12-17 08:57:39 (EST)
Date Accessed 2013-12-17 08:57:39 (EST)

7) Source Device    disk3/JR Backup
Name  xubuntu-13.04-desktop-i386.iso.torrent
Path    /.HFS+ Private Directory Data/dir_13830463/xubuntu-13.04-desktop-i386.iso.torrent
Size    31786 (31.0 KB)
Extension    torrent
Date Created    2013-12-17 08:57:39 (EST)
Date Accessed 2013-12-17 08:57:39 (EST)

8) Source Device    disk3/JR Backup
Name  xubuntu-13.04-desktop-i386.iso.torrent
Path    /.HFS+ Private Directory Data/dir_14189279/xubuntu-13.04-desktop-i386.iso.torrent
Size    31786 (31.0 KB)
Extension    torrent
Date Created    2013-12-17 08:57:39 (EST)
Date Accessed 2013-12-17 08:57:39 (EST)

9) Source Device    disk3/JR Backup
Name  xubuntu-13.04-desktop-i386.iso.torrent
Path    /.HFS+ Private Directory Data/dir_14715748/xubuntu-13.04-desktop-i386.iso.torrent
Size    31786 (31.0 KB)
Extension    torrent
Date Created    2013-12-17 08:57:39 (EST)
Date Accessed 2013-12-17 08:57:39 (EST)

10) Source Device    disk3/JR Backup
Name  xubuntu-13.04-desktop-i386.iso.torrent
Path    /.HFS+ Private Directory Data/dir_15773339/xubuntu-13.04-desktop-i386.iso.torrent
Size    31786 (31.0 KB)
Extension    torrent
Date Created    2013-12-17 08:57:39 (EST)
Date Accessed 2013-12-17 08:57:39 (EST)

11) Source Device    disk3/JR Backup
Name  xubuntu-13.04-desktop-i386.iso.torrent
Path    /.HFS+ Private Directory Data/dir_16459004/xubuntu-13.04-desktop-i386.iso.torrent
Size    31786 (31.0 KB)
Extension    torrent
Date Created    2013-12-17 08:57:39 (EST)
Date Accessed 2013-12-17 08:57:39 (EST)

12) Source Device    disk3/JR Backup
Name  xubuntu-13.04-desktop-i386.iso.torrent
Path    /.HFS+ Private Directory Data/dir_16782470/xubuntu-13.04-desktop-i386.iso.torrent
Size    31786 (31.0 KB)
Extension    torrent

Computer Forensics LLC | 1880 North Congress Ave, Suite 333| Boynton Beach, FL 33426 | 561.404.3074 | www.ComputerForensicsLLC.com

3/19/2015                Items Submitted                Page 5 of 18

Date Created    2013-12-17 08:57:39 (EST)
Date Accessed 2013-12-17 08:57:39 (EST)

13) Source Device    disk3/JR Backup
Name   example.torrent
Path
Size    22267 (21.7 KB)
Extension    torrent
Date Created    2013-01-22 23:25:49 (EST)
Date Accessed 2014-07-14 09:22:10 (EST)

14) Source Device    disk3/JR Backup
Name   xubuntu-13.04-desktop-i386.iso.torrent
Path    /.HFS+ Private Directory Data/dir_17574457/xubuntu-13.04-desktop-i386.iso.torrent
Size    31786 (31.0 KB)
Extension    torrent
Date Created    2013-12-17 08:57:39 (EST)
Date Accessed 2013-12-17 08:57:39 (EST)

15) Source Device    disk3/JR Backup
Name   xubuntu-13.04-desktop-i386.iso.torrent
Path    /.HFS+ Private Directory Data/dir_18068671/xubuntu-13.04-desktop-i386.iso.torrent
Size    31786 (31.0 KB)
Extension    torrent
Date Created    2013-12-17 08:57:39 (EST)
Date Accessed 2013-12-17 08:57:39 (EST)
Directory    False

16) Name    xubuntu-13.04-desktop-i386.iso.torrent
Path    /.HFS+ Private Directory Data/dir_19013838/xubuntu-13.04-desktop-i386.iso.torrent
Size    31786 (31.0 KB)
Extension    torrent
Date Created    2013-12-17 08:57:39 (EST)
Date Accessed 2013-12-17 08:57:39 (EST)

17) Source Device    disk3/JR Backup
Name   test.torrent
Path    /.HFS+ Private Directory Data/dir_1908130/core/node_modules/bencode/benchmark/test.torrent
Size    27716 (27.0 KB)
Extension    torrent
Date Created    2013-11-12 11:42:24 (EST)
Date Accessed 2013-12-17 16:29:01 (EST)

18) Source Device    disk3/JR Backup
Name   xubuntu-13.04-desktop-i386.iso.torrent
Path    /.HFS+ Private Directory Data/dir_19556520/xubuntu-13.04-desktop-i386.iso.torrent
Size    31786 (31.0 KB)
Extension    torrent
Date Created    2013-12-17 08:57:39 (EST)

Computer Forensics LLC | 1880 North Congress Ave, Suite 333| Boynton Beach, FL 33426 | 561.404.3074 | www.ComputerForensicsLLC.com

3/19/2015    Items Submitted    Page 6 of 18

Date Accessed 2013-12-17 08:57:39 (EST)

19) Source Device    disk3/JR Backup
Name  xubuntu-13.04-desktop-i386.iso.torrent
Path  /.HFS+ Private Directory Data/dir_20945926/xubuntu-13.04-desktop-i386.iso.torrent
Size  31786 (31.0 KB)
Extension    torrent
Date Created  2013-12-17 08:57:39 (EST)
Date Accessed 2013-12-17 08:57:39 (EST)

20) Source Device    disk3/JR Backup
Name  xubuntu-13.04-desktop-i386.iso.torrent
Path  /.HFS+ Private Directory Data/dir_21946699/xubuntu-13.04-desktop-i386.iso.torrent
Size  31786 (31.0 KB)
Extension    torrent
Date Created  2013-12-17 08:57:39 (EST)
Date Accessed 2013-12-17 08:57:39 (EST)

21) Source Device    disk3/JR Backup
Name  404EC54D29D940D04485756D7500745F8CFF10C3.torrent
Path  /.HFS+ Private Directory Data/dir_2224281/404EC54D29D940D04485756D7500745F8CFF10C3.torrent
Size  26211 (25.5 KB)
Extension    torrent
Date Created  2013-12-17 08:57:39 (EST)
Date Accessed 2013-12-17 08:57:39 (EST)

22) Source Device    disk3/JR Backup
Name  American Survival Guide Magazine.torrent
Path  /.HFS+ Private Directory Data/dir_2224281/American Survival Guide Magazine.torrent
Size  18139 (17.7 KB)
Extension    torrent
Date Created  2013-12-17 08:57:39 (EST)
Date Accessed 2013-12-17 08:57:39 (EST)

23) Source Device    disk3/JR Backup
Name  BT5R2-GNOME-32.torrent
Path  /.HFS+ Private Directory Data/dir_2224281/BT5R2-GNOME-32.torrent
Size  207584 (202.7 KB)
Extension    torrent
Date Created  2013-12-17 08:57:39 (EST)
Date Accessed 2013-12-17 08:57:39 (EST)

24) Source Device    disk3/JR Backup
Name  cablegate-201011290900.7z.torrent
Path  /.HFS+ Private Directory Data/dir_2224281/cablegate-201011290900.7z.torrent
Size  460 (460 Bytes)
Extension    torrent
Date Created  2013-12-17 08:57:39 (EST)

Computer Forensics LLC | 1880 North Congress Ave, Suite 333| Boynton Beach, FL 33426 | 561.404.3074 | www.ComputerForensicsLLC.com

3/19/2015        Items Submitted        Page 7 of 18

Date Accessed 2013-12-17 08:57:39 (EST)

25) Source Device    disk3/JR Backup
Name   cablegate-201108300212.7z.torrent
Path   /.HFS+ Private Directory Data/dir_2224281/cablegate-201108300212.7z.torrent
Size   44720 (43.6 KB)
Extension    torrent
Date Created   2013-12-17 08:57:39 (EST)
Date Accessed 2013-12-17 08:57:39 (EST)

26) Source Device    disk3/JR Backup
Name   Chinga La Migra.torrent
Path   /.HFS+ Private Directory Data/dir_2224281/Chinga La Migra.torrent
Size   87461 (85.4 KB)
Extension    torrent
Date Created   2013-12-17 08:57:39 (EST)
Date Accessed 2013-12-17 08:57:39 (EST)

27) Source Device    disk3/JR Backup
Name   Chinga_La_Migra_Dos.torrent
Path   /.HFS+ Private Directory Data/dir_2224281/Chinga_La_Migra_Dos.torrent
Size   14209 (13.8 KB)
Extension    torrent
Date Created   2013-12-17 08:57:39 (EST)
Date Accessed 2013-12-17 08:57:39 (EST)

28) Source Device    disk3/JR Backup
Name   Demented Are Go.torrent
Path   /.HFS+ Private Directory Data/dir_2224281/Demented Are Go.torrent
Size   22698 (22.1 KB)
Extension    torrent
Date Created   2013-12-17 08:57:39 (EST)
Date Accessed 2013-12-17 08:57:39 (EST)

29) Source Device    disk3/JR Backup
Name   Lost Highway 1997 720p BRRip x264 RmD (HDScene Release).torrent
Path   /.HFS+ Private Directory Data/dir_2224281/Lost Highway 1997 720p BRRip x264 RmD (HDScene Release).torrent
Size   18500 (18.0 KB)
Extension    torrent
Date Created   2013-12-17 08:57:39 (EST)
Date Accessed 2013-12-17 08:57:39 (EST)

30) Source Device    disk3/JR Backup
Name   MMM_Booz_Allen.torrent
Path   /.HFS+ Private Directory Data/dir_2224281/MMM_Booz_Allen.torrent
Size   11263 (10.9 KB)
Extension    torrent
Date Created   2013-12-17 08:57:39 (EST)

Computer Forensics LLC | 1880 North Congress Ave, Suite 333| Boynton Beach, FL 33426 | 561.404.3074 | www.ComputerForensicsLLC.com

3/19/2015                        Items Submitted                        Page 8 of 18

Date Accessed 2013-12-17 08:57:39 (EST)

31) Source Device     disk3/JR Backup
Name   NeoOffice-3.1.2-Intel.dmg.torrent
Path     /.HFS+ Private Directory Data/dir_2224281/NeoOffice-3.1.2-Intel.dmg.torrent
Size     24834 (24.2 KB)
Extension     torrent
Date Created    2013-12-17 08:57:39 (EST)
Date Accessed 2013-12-17 08:57:39 (EST)

32) Source Device     disk3/JR Backup
Name   sDgo3FDksdGwsrkrS.enc.torrent
Path     /.HFS+ Private Directory Data/dir_2224281/sDgo3FDksdGwsrkrS.enc.torrent
Size     45016 (43.9 KB)
Extension     torrent
Date Created    2013-12-17 08:57:39 (EST)
Date Accessed 2013-12-17 08:57:39 (EST)

33) Source Device     disk3/JR Backup
Name   THE METEORS - [ WWW.PunksAndSkins.COM ] - 13 ALBUMS.torrent
Path     /.HFS+ Private Directory Data/dir_2224281/THE METEORS - [ WWW.PunksAndSkins.COM ] - 13 ALBUMS.torrent
Size     59466 (58.0 KB)
Extension     torrent
Date Created    2013-12-17 08:57:39 (EST)
Date Accessed 2013-12-17 08:57:39 (EST)

34) Source Device     disk3/JR Backup
Name   Zenith.Part.1.2011.720p.x264-VODO.torrent
Path     /.HFS+ Private Directory Data/dir_2224281/Zenith.Part.1.2011.720p.x264-VODO.torrent
Size     92759 (90.5 KB)
Extension     torrent
Date Created    2013-12-17 08:57:39 (EST)
Date Accessed 2013-12-17 08:57:39 (EST)

35) Source Device     disk3/JR Backup
Name   xubuntu-13.04-desktop-i386.iso.torrent
Path     /.HFS+ Private Directory Data/dir_22750240/xubuntu-13.04-desktop-i386.iso.torrent
Size     31786 (31.0 KB)
Extension     torrent
Date Created    2013-12-17 08:57:39 (EST)
Date Accessed 2013-12-17 08:57:39 (EST)

36) Source Device     disk3/JR Backup
Name   xubuntu-13.04-desktop-i386.iso.torrent
Path     /.HFS+ Private Directory Data/dir_23642662/xubuntu-13.04-desktop-i386.iso.torrent
Size     31786 (31.0 KB)
Extension     torrent
Date Created    2013-12-17 08:57:39 (EST)

Computer Forensics LLC | 1880 North Congress Ave, Suite 333| Boynton Beach, FL 33426 | 561.404.3074 | www.ComputerForensicsLLC.com

3/19/2015     Items Submitted     Page 9 of 18

Date Accessed 2013-12-17 08:57:39 (EST)

37) Source Device   disk3/JR Backup
Name   test.torrent
Path
Size   27716 (27.0 KB)
Extension   torrent
Date Created   2014-03-18 13:49:46 (EST)
Date Accessed 2014-09-05 08:02:55 (EST)

38) Source Device   disk3/JR Backup
Name   xubuntu-13.04-desktop-i386.iso.torrent
Path   /.HFS+ Private Directory Data/dir_24097845/xubuntu-13.04-desktop-i386.iso.torrent
Size   31786 (31.0 KB)
Extension   torrent
Date Created   2013-12-17 08:57:39 (EST)
Date Accessed 2013-12-17 08:57:39 (EST)

39) Source Device   disk3/JR Backup
Name   xubuntu-13.04-desktop-i386.iso.torrent
Path   /.HFS+ Private Directory Data/dir_24707601/xubuntu-13.04-desktop-i386.iso.torrent
Size   31786 (31.0 KB)
Extension   torrent
Date Created   2013-12-17 08:57:39 (EST)
Date Accessed 2013-12-17 08:57:39 (EST)

40) Source Device   disk3/JR Backup
Name   xubuntu-13.04-desktop-i386.iso.torrent
Path   /.HFS+ Private Directory Data/dir_26241645/xubuntu-13.04-desktop-i386.iso.torrent
Size   31786 (31.0 KB)
Extension   torrent
Date Created   2013-12-17 08:57:39 (EST)
Date Accessed 2013-12-17 08:57:39 (EST)

41) Source Device   disk3/JR Backup
Name   xubuntu-13.04-desktop-i386.iso.torrent
Path   /.HFS+ Private Directory Data/dir_27060954/xubuntu-13.04-desktop-i386.iso.torrent
Size   31786 (31.0 KB)
Extension   torrent
Date Created   2013-12-17 08:57:39 (EST)
Date Accessed 2013-12-17 08:57:39 (EST)

42) Source Device   disk3/JR Backup
Name   xubuntu-13.04-desktop-i386.iso.torrent
Path   /.HFS+ Private Directory Data/dir_29575558/xubuntu-13.04-desktop-i386.iso.torrent
Size   31786 (31.0 KB)
Extension   torrent
Date Created   2013-12-17 08:57:39 (EST)
Date Accessed 2013-12-17 08:57:39 (EST)

Computer Forensics LLC | 1880 North Congress Ave, Suite 333| Boynton Beach, FL 33426 | 561.404.3074 | www.ComputerForensicsLLC.com

3/19/2015                       Items Submitted                       Page 10 of 18

43) Source Device     disk3/JR Backup
Name   xubuntu-13.04-desktop-i386.iso.torrent
Path    /.HFS+ Private Directory Data/dir_31544291/xubuntu-13.04-desktop-i386.iso.torrent
Size    31786 (31.0 KB)
Extension     torrent
Date Created   2013-12-17 08:57:39 (EST)
Date Accessed 2013-12-17 08:57:39 (EST)

44) Source Device     disk3/JR Backup
Name   xubuntu-13.04-desktop-i386.iso.torrent
Path    /.HFS+ Private Directory Data/dir_31937134/xubuntu-13.04-desktop-i386.iso.torrent
Size    31786 (31.0 KB)
Extension     torrent
Date Created   2013-12-17 08:57:39 (EST)
Date Accessed 2013-12-17 08:57:39 (EST)

45) Source Device     disk3/JR Backup
Name   example.torrent
Path
Size    22267 (21.7 KB)
Extension     torrent
Date Created   2013-01-22 23:25:49 (EST)
Date Accessed 2015-01-02 23:14:19 (EST)

46) Source Device     disk3/JR Backup
Name   xubuntu-13.04-desktop-i386.iso.torrent
Path    /.HFS+ Private Directory Data/dir_3315522/xubuntu-13.04-desktop-i386.iso.torrent
Size    31786 (31.0 KB)
Extension     torrent
Date Created   2013-12-17 08:57:39 (EST)
Date Accessed 2013-12-17 08:57:39 (EST)

47) Source Device     disk3/JR Backup
Name   xubuntu-13.04-desktop-i386.iso.torrent
Path    /.HFS+ Private Directory Data/dir_33538012/xubuntu-13.04-desktop-i386.iso.torrent
Size    31786 (31.0 KB)
Extension     torrent
Date Created   2013-12-17 08:57:39 (EST)
Date Accessed 2013-12-17 08:57:39 (EST)

48) Source Device     disk3/JR Backup
Name   xubuntu-13.04-desktop-i386.iso.torrent
Path    /.HFS+ Private Directory Data/dir_34044252/xubuntu-13.04-desktop-i386.iso.torrent
Size    31786 (31.0 KB)
Extension     torrent
Date Created   2013-12-17 08:57:39 (EST)
Date Accessed 2013-12-17 08:57:39 (EST)

Computer Forensics LLC | 1880 North Congress Ave, Suite 333| Boynton Beach, FL 33426 | 561.404.3074 | www.ComputerForensicsLLC.com

3/19/2015               Items Submitted              Page 11 of 18

49) Source Device    disk3/JR Backup
Name  xubuntu-13.04-desktop-i386.iso.torrent
Path    /.HFS+ Private Directory Data/dir_35244670/xubuntu-13.04-desktop-i386.iso.torrent
Size    31786 (31.0 KB)
Extension    torrent
Date Created   2013-12-17 08:57:39 (EST)
Date Accessed 2013-12-17 08:57:39 (EST)

50) Source Device    disk3/JR Backup
Name  xubuntu-13.04-desktop-i386.iso.torrent
Path    /.HFS+ Private Directory Data/dir_35376739/xubuntu-13.04-desktop-i386.iso.torrent
Size    31786 (31.0 KB)
Extension    torrent
Date Created   2013-12-17 08:57:39 (EST)
Date Accessed 2013-12-17 08:57:39 (EST)

51) Source Device    disk3/JR Backup
Name  xubuntu-13.04-desktop-i386.iso.torrent
Path    /.HFS+ Private Directory Data/dir_35659033/xubuntu-13.04-desktop-i386.iso.torrent
Size    31786 (31.0 KB)
Extension    torrent
Date Created   2013-12-17 08:57:39 (EST)
Date Accessed 2013-12-17 08:57:39 (EST)

52) Source Device    disk3/JR Backup
Name  xubuntu-13.04-desktop-i386.iso.torrent
Path    /.HFS+ Private Directory Data/dir_36354823/xubuntu-13.04-desktop-i386.iso.torrent
Size    31786 (31.0 KB)
Extension    torrent
Date Created   2013-12-17 08:57:39 (EST)
Date Accessed 2013-12-17 08:57:39 (EST)

53) Source Device    disk3/JR Backup
Name  xubuntu-13.04-desktop-i386.iso.torrent
Path    /.HFS+ Private Directory Data/dir_36539681/xubuntu-13.04-desktop-i386.iso.torrent
Size    31786 (31.0 KB)
Extension    torrent
Date Created   2013-12-17 08:57:39 (EST)
Date Accessed 2013-12-17 08:57:39 (EST)

54) Source Device    disk3/JR Backup
Name  xubuntu-13.04-desktop-i386.iso.torrent
Path    /.HFS+ Private Directory Data/dir_36887200/xubuntu-13.04-desktop-i386.iso.torrent
Size    31786 (31.0 KB)
Extension    torrent
Date Created   2013-12-17 08:57:39 (EST)
Date Accessed 2013-12-17 08:57:39 (EST)

55) Source Device    disk3/JR Backup

Computer Forensics LLC | 1880 North Congress Ave, Suite 333| Boynton Beach, FL 33426 | 561.404.3074 | www.ComputerForensicsLLC.com

3/19/2015            Items Submitted            Page 12 of 18

Name   xubuntu-13.04-desktop-i386.iso.torrent
Path   /.HFS+ Private Directory Data/dir_37027983/xubuntu-13.04-desktop-i386.iso.torrent
Size   31786 (31.0 KB)
Extension   torrent
Date Created   2013-12-17 08:57:39 (EST)
Date Accessed 2013-12-17 08:57:39 (EST)

56) Source Device   disk3/JR Backup
Name   xubuntu-13.04-desktop-i386.iso.torrent
Path   /.HFS+ Private Directory Data/dir_37067076/xubuntu-13.04-desktop-i386.iso.torrent
Size   31786 (31.0 KB)
Extension   torrent
Date Created   2013-12-17 08:57:39 (EST)
Date Accessed 2013-12-17 08:57:39 (EST)

57) Source Device   disk3/JR Backup
Name   xubuntu-13.04-desktop-i386.iso.torrent
Path   /.HFS+ Private Directory Data/dir_37197818/xubuntu-13.04-desktop-i386.iso.torrent
Size   31786 (31.0 KB)
Extension   torrent
Date Created   2013-12-17 08:57:39 (EST)
Date Accessed 2013-12-17 08:57:39 (EST)

58) Source Device   disk3/JR Backup
Name   xubuntu-13.04-desktop-i386.iso.torrent
Path   /.HFS+ Private Directory Data/dir_3794506/xubuntu-13.04-desktop-i386.iso.torrent
Size   31786 (31.0 KB)
Extension   torrent
Date Created   2013-12-17 08:57:39 (EST)
Date Accessed 2013-12-17 08:57:39 (EST)

59) Source Device   disk3/JR Backup
Name   404EC54D29D940D04485756D7500745F8CFF10C3.torrent
Path   /.HFS+ Private Directory Data/dir_3822506/404EC54D29D940D04485756D7500745F8CFF10C3.torrent
Size   26211 (25.5 KB)
Extension   torrent
Date Created   2013-12-17 08:57:39 (EST)
Date Accessed 2013-12-17 08:57:39 (EST)

60) Source Device   disk3/JR Backup
Name   American Survival Guide Magazine.torrent
Path   /.HFS+ Private Directory Data/dir_3822506/American Survival Guide Magazine.torrent
Size   18139 (17.7 KB)
Extension   torrent
Date Created   2013-12-17 08:57:39 (EST)
Date Accessed 2013-12-17 08:57:39 (EST)

Computer Forensics LLC | 1880 North Congress Ave, Suite 333| Boynton Beach, FL 33426 | 561.404.3074 | www.ComputerForensicsLLC.com

3/19/2015          Items Submitted          Page 13 of 18

61) Source Device    disk3/JR Backup
Name  BT5R2-GNOME-32.torrent
Path    /.HFS+ Private Directory Data/dir_3822506/BT5R2-GNOME-32.torrent
Size    207584 (202.7 KB)
Extension    torrent
Date Created    2013-12-17 08:57:39 (EST)
Date Accessed 2013-12-17 08:57:39 (EST)

62) Source Device    disk3/JR Backup
Name  cablegate-201011290900.7z.torrent
Path    /.HFS+ Private Directory Data/dir_3822506/cablegate-201011290900.7z.torrent
Size    460 (460 Bytes)
Extension    torrent
Date Created    2013-12-17 08:57:39 (EST)
Date Accessed 2013-12-17 08:57:39 (EST)

63) Source Device    disk3/JR Backup
Name  cablegate-201108300212.7z.torrent
Path    /.HFS+ Private Directory Data/dir_3822506/cablegate-201108300212.7z.torrent
Size    44720 (43.6 KB)
Extension    torrent
Date Created    2013-12-17 08:57:39 (EST)
Date Accessed 2013-12-17 08:57:39 (EST)

64) Source Device    disk3/JR Backup
Name  Chinga La Migra.torrent
Path    /.HFS+ Private Directory Data/dir_3822506/Chinga La Migra.torrent
Size    87461 (85.4 KB)
Extension    torrent
Date Created    2013-12-17 08:57:39 (EST)
Date Accessed 2013-12-17 08:57:39 (EST)

65) Source Device    disk3/JR Backup
Name  Chinga_La_Migra_Dos.torrent
Path    /.HFS+ Private Directory Data/dir_3822506/Chinga_La_Migra_Dos.torrent
Size    14209 (13.8 KB)
Extension    torrent
Date Created    2013-12-17 08:57:39 (EST)
Date Accessed 2013-12-17 08:57:39 (EST)

66) Source Device    disk3/JR Backup
Name  Demented Are Go.torrent
Path    /.HFS+ Private Directory Data/dir_3822506/Demented Are Go.torrent
Size    22698 (22.1 KB)
Extension    torrent
Date Created    2013-12-17 08:57:39 (EST)
Date Accessed 2013-12-17 08:57:39 (EST)

Computer Forensics LLC | 1880 North Congress Ave, Suite 333| Boynton Beach, FL 33426 | 561.404.3074 | www.ComputerForensicsLLC.com

3/19/2015    Items Submitted    Page 14 of 18

67) Source Device     disk3/JR Backup
Name  Lost Highway 1997 720p BRRip x264 RmD (HDScene Release).torrent
Path  /.HFS+ Private Directory Data/dir_3822506/Lost Highway 1997 720p BRRip x264 RmD (HDScene Release).torrent
Size  18500 (18.0 KB)
Extension    torrent
Date Created  2013-12-17 08:57:39 (EST)
Date Accessed 2013-12-17 08:57:39 (EST)

68) Source Device     disk3/JR Backup
Name  MMM_Booz_Allen.torrent
Path  /.HFS+ Private Directory Data/dir_3822506/MMM_Booz_Allen.torrent
Size  11263 (10.9 KB)
Extension    torrent
Date Created  2013-12-17 08:57:39 (EST)
Date Accessed 2013-12-17 08:57:39 (EST)

69) Source Device     disk3/JR Backup
Name  NeoOffice-3.1.2-Intel.dmg.torrent
Path  /.HFS+ Private Directory Data/dir_3822506/NeoOffice-3.1.2-Intel.dmg.torrent
Size  24834 (24.2 KB)
Extension    torrent
Date Created  2013-12-17 08:57:39 (EST)
Date Accessed 2013-12-17 08:57:39 (EST)

70) Source Device     disk3/JR Backup
Name  sDgo3FDksdGwsrkrS.enc.torrent
Path  /.HFS+ Private Directory Data/dir_3822506/sDgo3FDksdGwsrkrS.enc.torrent
Size  45016 (43.9 KB)
Extension    torrent
Date Created  2013-12-17 08:57:39 (EST)
Date Accessed 2013-12-17 08:57:39 (EST)

71) Source Device     disk3/JR Backup
Name  THE METEORS - [ WWW.PunksAndSkins.COM ] - 13 ALBUMS.torrent
Path  /.HFS+ Private Directory Data/dir_3822506/THE METEORS - [ WWW.PunksAndSkins.COM ] - 13 ALBUMS.torrent
Size  59466 (58.0 KB)
Extension    torrent
Date Created  2013-12-17 08:57:39 (EST)
Date Accessed 2013-12-17 08:57:39 (EST)

72) Source Device     disk3/JR Backup
Name  Zenith.Part.1.2011.720p.x264-VODO.torrent
Path  /.HFS+ Private Directory Data/dir_3822506/Zenith.Part.1.2011.720p.x264-VODO.torrent
Size  92759 (90.5 KB)
Extension    torrent
Date Created  2013-12-17 08:57:39 (EST)
Date Accessed 2013-12-17 08:57:39 (EST)

Computer Forensics LLC | 1880 North Congress Ave, Suite 333| Boynton Beach, FL 33426 | 561.404.3074 | www.ComputerForensicsLLC.com

3/19/2015                Items Submitted                Page 15 of 18

73) Source Device    disk3/JR Backup
Name   xubuntu-13.04-desktop-i386.iso.torrent
Path   /.HFS+ Private Directory Data/dir_4925760/xubuntu-13.04-desktop-i386.iso.torrent
Size   31786 (31.0 KB)
Extension    torrent
Date Created   2013-12-17 08:57:39 (EST)
Date Accessed 2013-12-17 08:57:39 (EST)

74) Source Device    disk3/JR Backup
Name   xubuntu-13.04-desktop-i386.iso.torrent
Path   /.HFS+ Private Directory Data/dir_5445727/xubuntu-13.04-desktop-i386.iso.torrent
Size   31786 (31.0 KB)
Extension    torrent
Date Created   2013-12-17 08:57:39 (EST)
Date Accessed 2013-12-17 08:57:39 (EST)

75) Source Device    disk3/JR Backup
Name   xubuntu-13.04-desktop-i386.iso.torrent
Path   /.HFS+ Private Directory Data/dir_6085210/xubuntu-13.04-desktop-i386.iso.torrent
Size   31786 (31.0 KB)
Extension    torrent
Date Created   2013-12-17 08:57:39 (EST)
Date Accessed 2013-12-17 08:57:39 (EST)

76) Source Device    disk3/JR Backup
Name   xubuntu-13.04-desktop-i386.iso.torrent
Path   /.HFS+ Private Directory Data/dir_6472097/xubuntu-13.04-desktop-i386.iso.torrent
Size   31786 (31.0 KB)
Extension    torrent
Date Created   2013-12-17 08:57:39 (EST)
Date Accessed 2013-12-17 08:57:39 (EST)

77) Source Device    disk3/JR Backup
Name   xubuntu-13.04-desktop-i386.iso.torrent
Path   /.HFS+ Private Directory Data/dir_7206804/xubuntu-13.04-desktop-i386.iso.torrent
Size   31786 (31.0 KB)
Extension    torrent
Date Created   2013-12-17 08:57:39 (EST)
Date Accessed 2013-12-17 08:57:39 (EST)

78) Source Device    disk3/JR Backup
Name   xubuntu-13.04-desktop-i386.iso.torrent
Path   /.HFS+ Private Directory Data/dir_7894328/xubuntu-13.04-desktop-i386.iso.torrent
Size   31786 (31.0 KB)
Extension    torrent
Date Created   2013-12-17 08:57:39 (EST)
Date Accessed 2013-12-17 08:57:39 (EST)

Computer Forensics LLC | 1880 North Congress Ave, Suite 333| Boynton Beach, FL 33426 | 561.404.3074 | www.ComputerForensicsLLC.com

3/19/2015    Items Submitted    Page 16 of 18

```
79) Source Device      disk3/JR Backup
Name   xubuntu-13.04-desktop-i386.iso.torrent
Path    /.HFS+ Private Directory Data/dir_8700982/xubuntu-13.04-desktop-i386.iso.torrent
Size    31786 (31.0 KB)
Extension      torrent
Date Created   2013-12-17 08:57:39 (EST)
Date Accessed 2013-12-17 08:57:39 (EST)

80) Source Device      disk3/JR Backup
Name   xubuntu-13.04-desktop-i386.iso.torrent
Path    /.HFS+ Private Directory Data/dir_9410854/xubuntu-13.04-desktop-i386.iso.torrent
Size    31786 (31.0 KB)
Extension      torrent
Date Created   2013-12-17 08:57:39 (EST)
Date Accessed 2013-12-17 08:57:39 (EST)

81) Source Device      disk3/JR Backup
Name   xubuntu-13.04-desktop-i386.iso.torrent
Path    /.HFS+ Private Directory Data/dir_9989663/xubuntu-13.04-desktop-i386.iso.torrent
Size    31786 (31.0 KB)
Extension      torrent
Date Created   2013-12-17 08:57:39 (EST)
Date Accessed 2013-12-17 08:57:39 (EST)

82) Source Device      disk3/JR Backup
Name   xubuntu-13.04-desktop-i386.iso.torrent
Path
Size    31786 (31.0 KB)
Extension      torrent
Date Created   2013-12-17 08:57:39 (EST)
Date Accessed 2013-12-17 08:57:39 (EST)

83) Source Device      disk3/JR Backup
Name   xubuntu-13.04-desktop-i386.iso.torrent
Path
Size    31786 (31.0 KB)
Extension      torrent
Date Created   2013-12-17 08:57:39 (EST)
Date Accessed 2013-12-17 08:57:39 (EST)
Directory      False
```

Computer Forensics LLC | 1880 North Congress Ave, Suite 333| Boynton Beach, FL 33426 | 561.404.3074 | www.ComputerForensicsLLC.com

3/19/2015                    Items Submitted                    Page 17 of 18

## Device: disk3

| | |
|---|---|
| Path | disk3 |
| Type | Attached |
| Sector Size | 512 |
| Volume Name | JR Backup |
| Partition Name | disk3 |
| File System | HFSX+ |
| OS Version | |
| Identifier | |
| Volume Create Date | 2013-12-17 03:57:39 (EST) |
| Volume Modify Date | 2015-03-04 17:21:05 (EST) |
| Volume Backup Date | 1903-12-31 19:00:00 (EST) |
| Volume Checked Date | 2013-12-17 08:57:39 (EST) |
| Root File Create Date | 2013-12-17 08:57:39 (EST) |
| Root File Modify Date | 2014-12-21 11:49:35 (EST) |
| Root File Accessed Date | 1903-12-31 19:00:00 (EST) |
| File Count | 12776330 |
| Folder Count | 2172632 |
| Sector Size | 512 |
| Sector Count | 3905669024 |
| Total Size | 1.8 TB (1999702540288 Bytes) |
| Space Used | 1.4 TB (1639929503744 Bytes) |
| Space Available | 335.0 GB (359773036544 Bytes) |
| Block Sector Count | 8 |
| Bytes Used | 367.7 TB (2258764796182301774 Bytes) |
| Last File ID | 37275958 |
| Write Count | 9412605 |



Patrick Paige
Digitally signed by Patrick Paige
DN: cn=Patrick Paige, o=Computer Forensics LLC, ou, email=Patrick@ComputerForensicsLLC.com, c=US
Date: 2015.03.19 11:43:20 -04'00'

Computer Forensics LLC | 1880 North Congress Ave, Suite 333| Boynton Beach, FL 33426 | 561.404.3074 | www.ComputerForensicsLLC.com

3/19/2015　　Items Submitted　　Page 18 of 18