

**Computer Forensics LLC**
1880 North Congress Ave, Suite 333
Boynton Beach, Florida 33426
Main: 561.404.3074
www.ComputerForensicsLLC.com

**Reference Malibu Case Raleigh**

I received FedEx package tracking number 772371638455 on 12/26/2014 from Tim Kiefer D4 Data in Rochester, NY. The package contained one Western Digital HDD (hard disk drive). The Western Digital HDD was encrypted with TrueCrypt software. I was provided the password to unencrypt the HDD. Once the HDD was unencrypted I noticed it had several folders on the drive including EnCase images of 2 hard drives listed as belong to Mr. Raleigh. The drive also contained 2 Cellebrite iPad extractions along with photographs of the devices.

| Name | Date modified | Type | Size |
| --- | --- | --- | --- |
| iPad Backup | 12/5/2014 12:13 PM | File folder | |
| iPad2 | 12/10/2014 10:49 … | File folder | |
| JRaleigh_LT1 | 12/5/2014 5:31 AM | File folder | |
| JRaleigh_RT2 | 12/4/2014 9:18 PM | File folder | |
| 901014580 JRaleigh Photos | 12/10/2014 2:25 PM | Compressed (zipp… | 7,486 KB |

**EnCase D4 Data Imaging Summary "JRaleigh_LT1" aka "MacBook C02HW056DV31"**

| | |
| --- | --- |
| Name | MacBook C02HW056DV31 |
| Actual Date | 12/03/14 08:07:41PM |
| Target Date | 12/03/14 08:07:41PM |
| Case Number | 90-1014-580 |
| Evidence Number | Not provided |
| Examiner Name | Molly Heaven-Hoyle |
| Notes | Not provided |
| Model | APPLE HDD HTS541010A9E682 |
| Serial Number | J8200076GN56NA |
| Drive Type | Fixed |
| File Integrity | Completely Verified, 0 Errors |
| Acquisition MD5 | 23201464e479650b4a4018536c792072 |
| Verification MD5 | 23201464e479650b4a4018536c792072 |
| Acquisition SHA1 | eb3a32e6fb0e95c4930e18404c2ae4b4b99972e4 |
| Verification SHA1 | eb3a32e6fb0e95c4930e18404c2ae4b4b99972e4 |
| GUID | b9360c5362d042cb8c44a73482485d3d |
| Read Errors | 0 |
| Missing Sectors | 0 |
| Disk Elements | No |
| CRC Errors | 0 |
| Compression | Good |
| Total Size | 1,000,204,886,016 Bytes (931.5GB) |
| Total Sectors | 1,953,525,168 |
| Disk Signature | 00000000 |
| Partitions | Valid |



Computer Forensics LLC | 1880 North Congress Ave, Suite 333| Boynton Beach, FL 33426 | 561.404.3074 | www.ComputerForensicsLLC.com

2/13/2015   Items Submitted   Page 1 of 13

## EnCase D4 Data Imaging Summary "JRaleigh_RT2" aka "MacBook 340269NBATM"



| | |
|---|---|
| Name | MacBook 340269NBATM |
| Actual Date | 12/03/14 04:02:13PM |
| Target Date | 12/03/14 04:02:13PM |
| Case Number | 90-1014-580 |
| Evidence Number | Not provided |
| Examiner Name | Molly Heaven-Hoyle |
| Notes | Not provided |
| Model | Hitachi HTS545050B9A300 |
| Serial Number | 101112PBN475X7C13R1L |
| Drive Type | Fixed |
| File Integrity | Completely Verified, 0 Errors |
| Acquisition MD5 | 84b893f00da4a899568768cbb1a77729 |
| Acquisition SHA1 | 05d8a75544f18968d79ffcf9e3d67e21f1db3691 |
| Verification SHA1 | 05d8a75544f18968d79ffcf9e3d67e21f1db3691 |
| GUID | cc6f062f4e9741c09d1d662845827a48 |
| Read Errors | 0 |
| Missing Sectors | 0 |
| Disk Elements | No |
| CRC Errors | 0 |
| Compression | Good |
| Total Size | 500,107,862,016 Bytes (465.8GB) |
| Total Sectors | 976,773,168 |
| Disk Signature | 00000000 |
| Partitions | Valid |

## JRaleigh_LT1" aka "MacBook C02HW056DV31

### Time Zone Settings

JRaleigh\MacBook C02HW056DV31\D\Macintosh HD\private\etc\localtime
Configured Time Zone:America/Detroit

```
/usr/share/zoneinfo/America/Detroit
```

### OS Information

```
ProductBuildVersion: 14B25
ProductCopyright: 1983-2014 Apple Inc.
ProductName: Mac OS X
ProductUserVisibleVersion: 10.10.1
ProductVersion: 10.10.1
```

### User Information

| | Name | File Ext | Last Accessed | File Created | Full Path |
|---|---|---|---|---|---|
| 1 | .localized | localized | 09/09/14 06:16:34PM | 09/09/14 06:16:34PM | JRaleigh\MacBook C02HW056DV31\D\Macintosh HD\Users\.localized |
| 2 | Guest | | 10/17/14 11:40:29AM | 10/17/14 11:40:27AM | JRaleigh\MacBook C02HW056DV31\D\Macintosh HD\Users\Guest |
| 3 | jr | | 12/02/14 11:19:00PM | 07/27/10 12:51:33AM | JRaleigh\MacBook C02HW056DV31\D\Macintosh HD\Users\jr |
| 4 | macports | | 07/01/12 10:28:38AM | 03/01/12 10:11:52AM | JRaleigh\MacBook C02HW056DV31\D\Macintosh HD\Users\macports |
| 5 | Shared | | 10/17/14 10:37:15AM | 06/24/11 05:49:24PM | JRaleigh\MacBook C02HW056DV31\D\Macintosh HD\Users\Shared |

Computer Forensics LLC | 1880 North Congress Ave, Suite 333| Boynton Beach, FL 33426 | 561.404.3074 | www.ComputerForensicsLLC.com

2/13/2015　　　　　　　　　　　　　　　　　　　Items Submitted　　　　　　　　　　　　　　　　　　　Page 2 of 13

**JRaleigh_LT1" aka "MacBook C02HW056DV31 Findings:**

A search of the hard drive for evidence relating to Malibu Media movies was negative. A search of the hard drive evidence of BitTorrent use was positive as outlined in this report.

1. Using IEF (Internet Evidence Finder Software by Magnet Forensics) I located hundreds of "Cloud Services" related URLs (Web Addresses) relating to sites like Dropbox and Google Drive. Please review the final case files folder "Cloud Services URLs" for complete list.

2. Using IEF I located several Adium, skype and chats about BitTorrent (Adium is a free instant messaging application for Mac OS X). Please review the final case files folder "Complete List Adium Chats" for complete list and for a list of just the chats pertaining to the keyword Torrent please review the folder "IEF Torrent Keyword Search Hits".

3. Using IEF I located several Skype & iMessage chats messages about Torrents, hacking etc. Please review the final case files folder "IEF Torrent Keyword Search Hits" for complete list.

4: EnCase Screen Capture showing the related "NFO" file. NFO files are commonly associated with copyright infringement files and are often included with the infringed file(s).



Computer Forensics LLC | 1880 North Congress Ave, Suite 333| Boynton Beach, FL 33426 | 561.404.3074 | www.ComputerForensicsLLC.com

2/13/2015 Items Submitted Page 3 of 13

1) File Name: Lost Highway 1997 720p BRRip x264 RmD (HDScene Release).mkv
Last Accessed: 09/25/12 09:40:19PM
File Created: 09/21/12 11:54:21PM
File Full Path: JRaleigh\MacBook C02HW056DV31\D\Macintosh HD\Users\jr\Desktop\Movies\Lost Highway 1997 720p BRRip x264 RmD (HDScene Release)\Lost Highway 1997 720p BRRip x264 RmD (HDScene Release).mkv

2) File Name: no country for old men [vose] dvdrip xvid mp3.avi
Last Accessed: 11/04/13 09:43:05AM
File Created: 01/03/12 09:53:01PM
Full Path: JRaleigh\MacBook C02HW056DV31\D\Macintosh HD\Users\jr\Desktop\Movies\no country for old men [vose] dvdrip xvid mp3.avi

Using EnCase software a keyword search for "torrent" was conducted. Upon examining the search hits I located a text file named "David_Cesolini_Chats.txt" that contained a discussion about torrents. Further examination revealed that this chat and other files contained in a folder "Chinga_La_Migra_Dos" may be related to a hacking event that took place in 2011. This computer contains the sensitive files released by hacker(s) which contain individuals' personal information including social security, driver's license numbers, account passwords etc.



EnCase screen capture of sensitive data relating to "Chinga_La_Migra_Dos" redacted:

Computer Forensics LLC | 1880 North Congress Ave, Suite 333| Boynton Beach, FL 33426 | 561.404.3074 | www.ComputerForensicsLLC.com

2/13/2015                                                     Items Submitted                                                     Page 4 of 13

## Located Torrent Files

1) File Name: test.torrent
Last Accessed: 09/04/14 02:43:50PM
File Created: 03/18/14 02:49:46PM
Full Path: JRaleigh\MacBook C02HW056DV31\D\Macintosh HD\Applications\Development\LightTable\LightTable.app\Contents\Resources\app.nw\core\node_modules\bencode\benchmark\test.torrent

2) File Name: xubuntu-13.04-desktop-i386.iso.torrent
Last Accessed: 09/15/14 08:57:29AM
File Created: 04/25/13 06:28:19AM
Full Path: JRaleigh\MacBook C02HW056DV31\D\Macintosh HD\Users\jr\Downloads\xubuntu-13.04-desktop-i386.iso.torrent

### Windows XP Parallels Virtual Machine Located in the following location:
1. JRaleigh\MacBook C02HW056DV31\D\Macintosh HD\Users\jr\Documents\Parallels\Windows 7.pvm\Windows 7-0.hdd\Windows 7-0.hdd.0.{5fbaabe3-6958-40ff-92a7-860e329aab41}.hds
2. JRaleigh\MacBook C02HW056DV31\D\Macintosh HD\Users\jr\Documents\Parallels\Windows XP Old.pvm\Windows XP.hdd\Windows XP.hdd.0.{5fbaabe3-6958-40ff-92a7-860e329aab41}.hds

Parallels Desktop software is hardware virtualization software for the MAC operating system.  Parallels software allows the user to create and run virtual operating systems including Windows based operating systems on a MAC computer.  In this case the user was utilizing a Microsoft Windows XP virtual machine with Parallels Software.  Using EnCase software I copied out the virtual machine "Windows XP.hdd.0.{5fbaabe3-6958-40ff-92a7-860e329aab41}.hds" along with the companion configuration files to my local forensics machine.  Using software "VMware vCenter Converter Standalone Client" I converted the image to a VMware virtual machine and loaded the image into IEF forensic software for processing.  The same process was followed for the Windows 7 Parallels virtual machine however the configurations appeared to be corrupt.

## Operating System Information

| | |
|---|---|
| Operating System | Microsoft Windows XP |
| Operating System Version | -Not Found- |
| Build Number | 2600 |
| Version Number | 5.1 |
| Product ID | 76487-OEM-0054883-52515 |
| Product Key | DQGQ7-R6MVP-KPBKY-PWY88-47FYJ |
| Last Service Pack | Service Pack 3 |
| Owner | Jesse Raleigh |
| Organization | (not found) |
| Install Date/Time - (UTC-7:00) (MM/dd/yyyy) | 07/22/2010 10:44:09 AM |
| Last Shutdown Date/Time - (UTC-7:00) (MM/dd/yyyy) | 01/23/2014 10:38:58 AM |
| System Root | C:\WINDOWS |
| Path | C:\WINDOWS |
| Source | Raleigh.vmdk - Partition 1 (Microsoft NTFS, 7 GB) (All Files and Folders) - [ROOT]\WINDOWS\system32\config\software |
| Located At | Registry Key: Microsoft\Windows NT\CurrentVersion, ControlSet001\Control\Windows |
| Evidence Number | Raleigh |

Computer Forensics LLC | 1880 North Congress Ave, Suite 333| Boynton Beach, FL 33426 | 561.404.3074 | www.ComputerForensicsLLC.com

2/13/2015                              Items Submitted                              Page 5 of 13

## User Account Information

| User Name | Type of User | Security Identifier | User Group(s) | Last Login Date/Time - (UTC-7:00) (MM/dd/yyyy) | Last Password Change Date/Time - (UTC-7:00) (MM/dd/yyyy) | Login Count | Account Disabled | Password Required |
|---|---|---|---|---|---|---|---|---|
| Administrator | Local User | 500 | Administrators | | 07/22/2010 06:31:25 AM | 0 | False | True |
| Guest | Local User | 501 | Guests | | | 0 | True | False |
| HelpAssistant | Local User | 1000 | | | 07/22/2010 10:35:04 AM | 0 | True | True |
| SUPPORT_3889 | Local User | 1002 | HelpServicesGroup | | 07/22/2010 10:38:42 AM | 0 | True | True |
| Jesse | Local User | S-1-5-21-789336058- | Administrators | 01/23/2014 10:38:12 AM | 07/22/2010 10:56:37 AM | 371 | False | True |
| ASPNET | Local User | 1004 | Users | | 10/21/2013 08:25:55 AM | 0 | False | False |

## Windows XP Parallels Virtual Machine Findings

Using IEF (Internet Evidence Finder) and EnCase software I searched and identified all the videos on the drive and could not locate any responsive data. I located uTorrent client software on the machine and LNK file in the start menu of computer user Jesse.



Using EnCase and IEF software I searched for possible network storage locations. NetHood which corresponds to %USERPROFILE%\NetHood, contains only LAN shared folder path (server and folder name). NetHood stores the path to the folder containing shortcuts to servers that the user has added to My Network Places. This indicates additional file storage somewhere on the local network. IEF located locations on the network including "PSF" where folders are being accessed including "\\psf\Parallels Desktop" 7&8. The Parallels Desktop folder 7&8 indicate possible existence of other virtual machines or where various versions of Parallels software resides. I exported IEF's complete list of Network Share Information and Shellbags to the final report case files folder under "MacBook C02HW056DV31_JRaleigh_LT1\Windows XP Parallels Virtual Machine Files".

| | Name | Physical Size | File Ext | Full Path | Is Deleted | Last Accessed | File Created |
|---|---|---|---|---|---|---|---|
| 1 | c on 10.10.10.42 | 256 | 42 | RaleighVM\Raleigh\C\Documents and Settings\Jesse\NetHood\c on 10.10.10.42 | No | 07/29/13 05:07:09PM | 06/05/12 10:21:24PM |
| 2 | c on 10.10.10.7 | 256 | 7 | RaleighVM\Raleigh\C\Documents and Settings\Jesse\NetHood\c on 10.10.10.7 | No | 07/29/13 05:07:09PM | 08/13/12 08:31:43AM |
| 3 | c on CH4 (10.10.10.39) | 256 | 39) | RaleighVM\Raleigh\C\Documents and Settings\Jesse\NetHood\c on CH4 (10.10.10.39) | No | 07/29/13 05:07:09PM | 06/05/12 06:40:34PM |
| 4 | c on Phillips (10.10.10.6) | 256 | 6) | RaleighVM\Raleigh\C\Documents and Settings\Jesse\NetHood\c on Phillips (10.10.10.6) | No | 07/29/13 05:07:09PM | 10/01/12 10:34:30AM |
| 5 | c on Swan (10.10.10.46) | 256 | 46) | RaleighVM\Raleigh\C\Documents and Settings\Jesse\NetHood\c on Swan (10.10.10.46) | No | 07/29/13 05:07:09PM | 06/05/12 10:25:42PM |
| 6 | Home on psf | 256 | | RaleighVM\Raleigh\C\Documents and Settings\Jesse\NetHood\Home on psf | No | 07/29/13 05:07:09PM | 06/05/12 06:39:06PM |
| 7 | xampp on 10.10.10.8 | 256 | 8 | RaleighVM\Raleigh\C\Documents and Settings\Jesse\NetHood\xampp on 10.10.10.8 | No | 07/29/13 05:07:09PM | 05/22/12 05:01:32PM |
| 8 | c on 10.10.10.26 | 256 | 26 | RaleighVM\Raleigh\C\Documents and Settings\Jesse\NetHood\c on 10.10.10.26 | No | 12/16/13 10:01:23PM | 05/23/12 01:45:17PM |

Computer Forensics LLC | 1880 North Congress Ave, Suite 333| Boynton Beach, FL 33426 | 561.404.3074 | www.ComputerForensicsLLC.com

2/13/2015     Items Submitted     Page 6 of 13

IEF screen capture of Network Share Information for "\\psf\"



## JRaleigh_RT2" aka "MacBook 340269NBATM

Time Zone Settings

JRaleigh\MacBook 340269NBATM\1 Macintosh HD\Macintosh HD\private\etc\localtime
Configured Time Zone:America/Detroit

```
/usr/share/zoneinfo/America/Detroit
```

OS Information

```
ProductBuildVersion: 13F34
ProductCopyright: 1983-2014 Apple Inc.
ProductName: Mac OS X
ProductUserVisibleVersion: 10.9.5
ProductVersion: 10.9.5
```

Computer Forensics LLC | 1880 North Congress Ave, Suite 333| Boynton Beach, FL 33426 | 561.404.3074 | www.ComputerForensicsLLC.com

2/13/2015    Items Submitted    Page 7 of 13

User Information



**JRaleigh_RT2" aka "MacBook 340269NBATM Findings:**

A search of the hard drive for evidence relating to Malibu Media movies was negative. A search of the hard drive evidence of BitTorrent use was positive.

1. Located several BitTorrent related website URLs pertaining to the website "The Pirate Bay". Please refer to the Final Report Case Files folder for this device "Pirate Bay URLs".

**UTorrent installed on Computer**

Name          uTorrent
Is Deleted          No
Last Accessed     12/03/14 02:16:47PM
File Created       01/30/12 09:30:08AM
Last Written      01/30/12 09:30:08AM
File Acquired     12/03/14 04:02:13PM
Physical Location 388,321,886,208
Physical Sector    758,441,184
Evidence File     MacBook 340269NBATM
Full Path         JRaleigh\MacBook 340269NBATM\1 Macintosh HD\Macintosh HD\Applications\uTorrent.app\Contents\MacOS\uTorrent

Numerous Music MP3 files have embedded metadata referencing "www.torrentazos.com" indicating their possible origin. The website "www.torrentazos.com" is a website where user can illegally obtain music, movies etc.



Computer Forensics LLC | 1880 North Congress Ave, Suite 333| Boynton Beach, FL 33426 | 561.404.3074 | www.ComputerForensicsLLC.com

2/13/2015                              Items Submitted                              Page 8 of 13

## Located Torrent Files

1) File Name:	cablegate-201011290900.7z.torrent
Last Accessed:	06/22/12 02:02:02PM
File Created:	11/29/10 08:18:17AM
Full Path:	JRaleigh\MacBook 340269NBATM\1 Macintosh HD\Macintosh HD\Users\jr\Library\Application Support\uTorrent\cablegate-201011290900.7z.torrent

2) File Name:	Chinga La Migra.torrent
Last Accessed:	06/22/12 02:02:02PM
File Created:	06/24/11 09:39:07AM
Full Path:	JRaleigh\MacBook 340269NBATM\1 Macintosh HD\Macintosh HD\Users\jr\Library\Application Support\uTorrent\Chinga La Migra.torrent

3) File Name:	Chinga_La_Migra_Dos.torrent
Last Accessed:	06/22/12 02:02:02PM
File Created:	06/29/11 10:27:31AM
Full Path:	JRaleigh\MacBook 340269NBATM\1 Macintosh HD\Macintosh HD\Users\jr\Library\Application Support\uTorrent\Chinga_La_Migra_Dos.torrent

4) File Name:	MMM_Booz_Allen.torrent
Last Accessed:	06/22/12 02:02:02PM
File Created:	07/11/11 02:34:41PM
Full Path:	JRaleigh\MacBook 340269NBATM\1 Macintosh HD\Macintosh HD\Users\jr\Library\Application Support\uTorrent\MMM_Booz_Allen.torrent

5) File Name:	NeoOffice-3.1.2-Intel.dmg.torrent
Last Accessed:	06/22/12 02:02:02PM
File Created:	02/11/11 11:37:50PM
Full Path:	JRaleigh\MacBook 340269NBATM\1 Macintosh HD\Macintosh HD\Users\jr\Library\Application Support\uTorrent\NeoOffice-3.1.2-Intel.dmg.torrent

6) File Name:	Zenith.Part.1.2011.720p.x264-VODO.torrent
Last Accessed:	06/22/12 02:02:02PM
File Created:	03/20/11 09:09:03AM
Full Path:	JRaleigh\MacBook 340269NBATM\1 Macintosh HD\Macintosh HD\Users\jr\Library\Application Support\uTorrent\Zenith.Part.1.2011.720p.x264-VODO.torrent

7) File Name:	sDgo3FDksdGwsrkrS.enc.torrent
Last Accessed:	06/22/12 02:02:02PM
File Created:	08/31/11 02:30:15PM
Full Path:	JRaleigh\MacBook 340269NBATM\1 Macintosh HD\Macintosh HD\Users\jr\Library\Application Support\uTorrent\sDgo3FDksdGwsrkrS.enc.torrent

8) File Name:	cablegate-201108300212.7z.torrent
Last Accessed:	06/22/12 02:02:02PM
File Created:	09/02/11 12:07:41AM
Full Path:	JRaleigh\MacBook 340269NBATM\1 Macintosh HD\Macintosh HD\Users\jr\Library\Application Support\uTorrent\cablegate-201108300212.7z.torrent

9) File Name:	404EC54D29D940D04485756D7500745F8CFF10C3.torrent
Last Accessed:	06/22/12 02:02:02PM
File Created:	02/07/12 12:02:12AM
Full Path:	JRaleigh\MacBook 340269NBATM\1 Macintosh HD\Macintosh HD\Users\jr\Library\Application Support\uTorrent\404EC54D29D940D04485756D7500745F8CFF10C3.torrent

Computer Forensics LLC | 1880 North Congress Ave, Suite 333| Boynton Beach, FL 33426 | 561.404.3074 | www.ComputerForensicsLLC.com

2/13/2015	Items Submitted	Page 9 of 13

10) File Name:   American Survival Guide Magazine.torrent
Last Accessed: 06/22/12 02:02:02PM
File Created:    03/03/12 12:17:16PM
Full Path:       JRaleigh\MacBook 340269NBATM\1 Macintosh HD\Macintosh HD\Users\jr\Library\Application Support\uTorrent\American Survival Guide Magazine.torrent

11) File Name:   BT5R2-GNOME-32.torrent
Last Accessed: 06/22/12 02:02:02PM
File Created:    05/05/12 11:07:56PM
Full Path:       JRaleigh\MacBook 340269NBATM\1 Macintosh HD\Macintosh HD\Users\jr\Library\Application Support\uTorrent\BT5R2-GNOME-32.torrent

12) File Name:   THE METEORS - [ WWW.PunksAndSkins.COM ] - 13 ALBUMS.torrent
Last Accessed: 06/22/12 02:02:02PM
File Created:    06/06/12 11:02:29PM
Full Path:       JRaleigh\MacBook 340269NBATM\1 Macintosh HD\Macintosh HD\Users\jr\Library\Application Support\uTorrent\THE METEORS - [ WWW.PunksAndSkins.COM ] - 13 ALBUMS.torrent

13) File Name:   Demented Are Go.torrent
Last Accessed: 06/22/12 02:02:02PM
File Created:    06/06/12 11:19:35PM
Full Path:       JRaleigh\MacBook 340269NBATM\1 Macintosh HD\Macintosh HD\Users\jr\Library\Application Support\uTorrent\Demented Are Go.torrent

## Located USB Device Connection Information

Using EnCase software I conducted a keyword search of the "system.log" files located on both laptop computers using the keyword "USBMSC".  Using the keyword "USBMSC" I was able to locate and identify USB devices that were plugged into the laptop computers.  The following is a bookmark list of the keyword search hits.

1) File Name:     system.log.0 (Zip File Volume)
Last Accessed:  12/03/14 01:25:13AM
File Created:     12/03/14 01:25:13AM
**Comments:**       Identified as a Western Digital Technologies, Inc. My Book Essential (WDBACW) (External USB Hard Drive 1-3TB in size depending on the exact model) Keyword searching indicates a model "1140" which is a 2TB hard drive.
Full Path:         JRaleigh\MacBook C02HW056DV31\D\Macintosh HD\private\var\log\system.log.0.gz\GZIP Volume\system.log.0

```
Dec  2 08:27:16 jrmbp kernel[0]: USBMSC Identifier (non-unique): 574D415A4139303734343136 0x1058 0x1140 0x1012,
```

In order to decode the values associated with these entries you need to look at the source code for IOUSBInterface.cpp from opensource.apple.com.  Using the above note data you can see that the three values: 0x1058 0x1140 0x1012 are the Vendor ID, Product ID and the Device Release number:

```
// these properties come from the device descriptor, but can be used for interface matching
    setProperty(kUSBVendorID, (unsigned long long)_device->GetVendorID(), (sizeof(UInt16) * 8));
    setProperty(kUSBProductID, (unsigned long long)_device->GetProductID(), (sizeof(UInt16) * 8));
    setProperty(kUSBDeviceReleaseNumber, (unsigned long long)_device->GetDeviceRelease(), (sizeof(UInt16) * 8));
```

In this case looking online at the most up to date database: http://www.linux-usb.org/usb.ids one can see that 0x1058 (1058) is from Western Digital Technologies, Inc. and 0x1140 (1140) is a My Book Essential (WDBACW) and 0x1012 (1012) is the release for that drive.

Using EnCase software I conducted a keyword search for serial number "574D415A4139303734343136" pertaining to the Western Digital My Book Essentials External USB hard drive.  I located evidence that this device was plugged into both laptop computers numerous times.  The search hits were exported out and are viewable by reviewing the final report case files folder named "USB Device Search Hits".

Computer Forensics LLC | 1880 North Congress Ave, Suite 333| Boynton Beach, FL 33426 | 561.404.3074 | www.ComputerForensicsLLC.com

2/13/2015                              Items Submitted                              Page 10 of 13

1. **JRaleigh_LT1" aka "MacBook C02HW056DV31** – Numerous search hits in the Parallels.log file, unallocated space and "2014.12.02.U0.G80.asl" indicate evidence of connection from 7/10/2013 to 12/2/2014.
2. **JRaleigh_RT2" aka "MacBook 340269NBATM** – Numerous search hits in the Parallels.log file, unallocated space and "dispatcher.desktop.xml" indicate evidence of connection from 10/13/2011 to 2/17/2014.

**EnCase Screen Captures of the system.log file JRaleigh_LT1" aka "MacBook C02HW056DV31 from 12/2/2014**

```
051318ryLimit key is not available on this platform.
051365Dec  2 08:26:44 --- last message repeated 1 time ---
051418Dec  2 08:26:44 jrmbp locationd[227]: Location icon should now be in state 'Inactive'
051504Dec  2 08:26:45 jrmbp com.apple.SecurityServer[65]: Session 100077 created
051579Dec  2 08:26:45 jrmbp logind[79]: -[SessionManager getClient:withRole:inAuditSession:]:241: ERROR: No session dictionary
051699 for audit session 100077
051725Dec  2 08:26:45 jrmbp logind[79]: _SMGetSessionAgent:73: ERROR: __SMGetClientForAuditSessionAgent failed 2
051832Dec  2 08:26:45 jrmbp IMRemoteURLConnectionAgent[14771]: SACShieldWindowShowing:925: ERROR: NULL response
051938Dec  2 08:26:45 jrmbp soagent[492]: Can't allocate SOHelper <SOMessageHelper: 0x7fc32065b930> inside com.apple.soagent
052057Dec  2 08:27:03 jrmbp sandboxd[302] ([14703]): netbiosd(14703) deny mach-lookup com.apple.networkd
052156Dec  2 08:27:08 jrmbp thermald[31]: invalid attribute or value, default to yes
052235Dec  2 08:27:08 jrmbp cloudd[297]: Stream 0x7fbd132614c0 is sending an event before being opened
052332Dec  2 08:27:12 jrmbp iTunes[6288]: Entered:_AMMuxedDeviceDisconnected,
052418Dec  2 08:27:12 jrmbp iTunes[6288]: Entered:__thr_AMMuxedDeviceDisconne      Device Serial #
052509Dec  2 08:27:12 jrmbp iTunes[6288]: tid:9a73 - Mux ID not found in mapping dictionary
052595Dec  2 08:27:12 jrmbp iTunes[6288]: tid:9a73 - Can't handle disconnect with invalid ecid
052684Dec  2 08:27:12 jrmbp thermald[31]: invalid attribute or value, default to yes
052763Dec  2 08:27:13 --- last message repeated 1 time ---                       Vendor ID      Product ID
052816Dec  2 08:27:13 jrmbp sandboxd[302] ([14741]): icbaccountsd(14741) deny mach-lookup com.apple.CrashReporterSupportHelper
052936
052937Dec  2 08:27:16 jrmbp kernel[0]: USBMSC Identifier (non-unique): 574D415A4139303734343136 0x1058 0x1140 0x1012, 3
053051Dec  2 08:27:16 jrmbp iTunes[6288]: Entered:_AMMuxedVersion2DeviceConnected, mux-device:66
053142Dec  2 08:27:16 jrmbp iTunes[6288]: tid:278b3 - unable to query device capabilities
053226Dec  2 08:27:25 jrmbp AppleMobileBackup[14787]: WARNING: Backing up 8e8ae696fa4c736c20d09c109b421c88e1f78f1a
053335Dec  2 08:27:33 jrmbp nsurlsessiond[228]: Being asked if container with identifier com.apple.clouddocs.F3LWYJ7GM7.com.ap
053455ple.garageband10 is foreground before getting callback from BRContainersMonitor!
053536Dec  2 08:27:37 --- last message repeated 1 time ---
053589Dec  2 08:27:37 jrmbp nsurlsessiond[228]: Being asked if container with identifier com.apple.clouddocs.VUY5YR82Y5.com.bi
053709naryhammer.3030 is foreground before getting callback from BRContainersMonitor!
053789Dec  2 08:27:39 --- last message repeated 1 time ---
053842Dec  2 08:27:39 jrmbp kernel[0]: CoreStorage: fsck_cs has finished for group "418553EF-3979-415D-BB19-47B896EAC392" with
053962 status 0x00
053975Dec  2 08:27:39 jrmbp com.apple.kextd[28]: LVG changed
054030Dec  2 08:27:39 jrmbp kernel[0]: CoreStorageFamily::unlockVEKs(9209BAB1-7DE0-4DD7-994F-C17E40377668) VEK unwrap failed.
054150this is normal, except for the root volume.
054194Dec  2 08:27:39 jrmbp com.apple.kextd[28]: LVG changed
```

JRaleigh\MacBook C02HW056DV31\D\Macintosh HD\private\var\log\system.log.0.gz\GZIP Volume\system.log.0 (system.log.0.gz: PS 0 LS 0 CL 0 SO 010 FO 51724 LE 1)

**EnCase Screen Captures of the system.log file JRaleigh_LT1" aka "MacBook C02HW056DV31 from 12/1/2014**

```
015369235446Dec  1 11:56:22 jrmbp com.apple.AmbientDisplayAgent[6214]: AMBD initializing devices
015369235531Dec  1 11:56:22 jrmbp WindowServer[147]: CGXSetDisplayColorProfileAndTransfer: Display 0x0424lead: Unit 1; ColorProfile
015369235651{ -790678564 }; TransferTable (256, 12)
015369235691Dec  1 11:56:22 jrmbp com.apple.AmbientDisplayAgent[6214]: AMBD Agent: xpc connection became invalid during event handle
015369235811r
015369235813Dec  1 11:56:26 jrmbp kernel[0]: USBMSC Identifier (non-unique): 574D415A4139303734343136 0x1058 0x1140 0x1012, 3
015369235927Dec  1 11:56:27 jrmbp kernel[0]: AppleUSBEthernetHost::powerStateChangeOccurred: intf is not enabled, ignoring ...  st:
0153692360470
015369236049Dec  1 11:56:27 jrmbp kernel[0]: en4: attached with 4 suspended link-layer multicast membership(s)
015369236148Dec  1 11:56:27 jrmbp kernel[0]: AppleUSBEthernetHost::enable: Interface already enabled
015369236237Dec  1 11:56:27 jrmbp kernel[0]: en4: successfully restored 4 suspended link-layer multicast membership(s) (err=0)
015369236352Dec  1 11:56:27 jrmbp iTunes[6288]: Entered:_AMMuxedVersion2DeviceConnected, mux-device:49
```

JRaleigh\MacBook C02HW056DV31\D\Unallocated Clusters (PS 688213750 LS 687804110 CL 85975513 SO 390 FO 15369235846 LE 6)

Computer Forensics LLC | 1880 North Congress Ave, Suite 333| Boynton Beach, FL 33426 | 561.404.3074 | www.ComputerForensicsLLC.com

2/13/2015                           Items Submitted                           Page 11 of 13

**EnCase Screen Captures of a Parallels.log file in unallocated space JRaleigh_LT1" aka "MacBook C02HW056DV31 from 12/16/2013**

```
008150135687 12-16 12:57:52.505 F /gui:343:707/ localhost: received result for [DspCmdUserGetHostHwInfo]. RC = [PRL_ERR_SUCCESS]
008150135803 12-16 12:57:57.315 F /disp:656:8303/ On enter : dev_type = 15  dev_name = 15100000  event_code = 1
008150135902 12-16 12:57:57.541 F /disp:656:8303/ USB connected (autoconnect) <15100000|1058|1140|super|--|574D415A4139303734343136>
008150136022 <My Book 1140> <PUDT_DISK_STORAGE>
008150136057 12-16 12:57:57.542 F /disp:656:8303/ USB GUI notify '' <15100000|1058|1140|super|--|574D415A4139303734343136> <My Book 1
008150136177 140> <PUDT_DISK_STORAGE>
008150136202 12-16 12:57:57.544 F /disp:656:8303/ make post to autoconnect event from thread notifier! strDevImage == 15100000|1058|1
008150136322 140|super|--|574D415A4139303734343136 uiDevState==1
008150136374 12-16 12:57:57.546 F /disp:656:8303/ USB VM notify 'connect' <15100000|1058|1140|super|--|574D415A4139303734343136> <My
008150136494 Book 1140> <PUDT_DISK_STORAGE>
008150136525 12-16 12:57:57.547 F /disp:656:8303/ make post to autoconnect event from thread notifier! strDevImage == 15100000|1058|1
008150136645 140|super|--|574D415A4139303734343136 uiDevState==1
008150136697 12-16 12:57:57.550 F /disp:656:8303/ usb device with id == 15100000|1058|1140|super|--|574D415A4139303734343136 removed
008150136817 from list excluded of autoconnect
008150136851 12-16 12:57:57.551 F /gui:343:707/ localhost: received event PET_DSP_EVT_HW_CONFIG_CHANGED, code = [100202]
008150136959 12-16 12:57:57.555 F /gui:343:707/ localhost: sending [DspCmdUserGetHostHwInfo] request...
008150137050 12-16 12:57:57.555 D /disp:656:a01f/ Processing command 'DspCmdUserGetHostHwInfo' 2051 (PJOC_SRV_GET_SRV_CONFIG)
```
JRaleigh\MacBook C02HW056DV31\D\Unallocated Clusters (PS 193845315  LS 193435675  CL 24179459  SO 144  FO 8150136464  LE 24)

**EnCase Screen Captures of a Parallels.log file in unallocated space from JRaleigh_RT2" aka "MacBook 340269NBATM Dated 11/24/2012**

```
22650078 d Reader> <PUDT_DISK_STORAGE>
22650108 11-24 15:48:34.146 I /pvsHostInfo:245:690b/ LOOKUP1 <26400000|1058|1140|high|--|574D415A4139303734343136> <My Book 1140>
22650228  <PUDT_DISK_STORAGE>
22650249 11-24 15:48:34.182 F /disp:245:690b/ USB connected <26400000|1058|1140|high|--|574D415A4139303734343136> <My Book 1140>
22650369 <PUDT_DISK_STORAGE>
22650389 11-24 15:48:34.220 F /disp:245:690b/ make post to autoconnect event from thread notifier! strDevImage == 26400000|1058|1
22650509 140|high|--|574D415A4139303734343136 uiDevState==1
22650560 11-24 15:48:34.236 F /disp:245:690b/ make post to autoconnect event from thread notifier! strDevImage == 26400000|1058|1
22650680 140|high|--|574D415A4139303734343136 uiDevState==1
22650731 11-24 15:48:34.244 F /disp:245:690b/ usb device with id == 26400000|1058|1140|high|--|574D415A4139303734343136 removed f
22650851 rom list excluded of autoconnect
22650884 11-24 15:48:34.471 F /disp:245:690b/ On exit  : dev_type = 15  dev_name = 26400000  event_code = 1
22650983 11-24 15:48:38.467 F /disp:245:690b/ On enter : dev_type = 6   dev_name = IOMedia   event_code = 0
22651080 11-24 15:48:38.467 F /disp:245:690b/ Device change: host hardware info refreshing was skipped !
22651176 11-24 15:48:38.482 F /disp:245:690b/ On exit  : dev_type = 6   dev_name = IOMedia   event_code = 0
22651273 11-24 15:48:38.482 F /disp:245:690b/ On enter : dev_type = 15  dev_name =           event_code = 0
22651364 11-24 15:48:38.485 I /pvsHostInfo:245:690b/ LOOKUP1 <24600000|05ac|8507|high|--|8JA6N2E5JDCLNA00> <Apple Built-in iSight
22651484 > <PUDT_VIDEO>
22651499 11-24 15:48:38.488 I /pvsHostInfo:245:690b/ LOOKUP1 <6300000|05ac|0236|full|KM|Empty> <Apple Internal Keyboard / Trackpa
22651619 d> <PUDT_KEYBOARD>
22651638 11-24 15:48:38.489 I /pvsHostInfo:245:690b/ LOOKUP1 <6500000|05ac|8242|low|--|Empty> <Apple IR Receiver> <PUDT_COMMUNICA
22651758 TION>
22651764 11-24 15:48:38.489 I /pvsHostInfo:245:690b/ LOOKUP1 <6610000|05ac|8213|full|--|5C5948C71E36> <Apple Bluetooth USB Host C
22651884 ontroller> <PUDT_BLUETOOTH>
22651912 11-24 15:48:38.492 I /pvsHostInfo:245:690b/ LOOKUP1 <26100000|05ac|8403|high|--|000000009833> <Apple Internal Memory Car
22652032 d Reader> <PUDT_DISK_STORAGE>
22652062 11-24 15:48:38.505 F /disp:245:690b/ USB disconnected <26400000|1058|1140|high|--|574D415A4139303734343136> <My Book 114
22652182 0> <PUDT_DISK_STORAGE>
22652205 11-24 15:48:38.507 F /disp:245:690b/ make post to autoconnect event from thread notifier! strDevImage == 26400000|1058|1
22652325 140|high|--|574D415A4139303734343136 uiDevState==0
22652376 11-24 15:48:38.919 F /disp:245:690b/ On exit  : dev_type = 15  dev_name =           event_code = 0
22652467 11-24 15:53:31.527 I /prl_time_machine_helper:245:307/ The Time Machine start up notification was recieved
22652574 11-24 16:39:41.273 F /disp:245:6a03/ System events monitor: host going to sleep, prepare
22652663 11-24 16:39:41.273 F /disp:245:6a03/ System events monitor: host going to sleep, done
```
JRaleigh\MacBook 340269NBATM\1 Macintosh HD\Macintosh HD\Library\Logs\parallels.log (PS 658973880  LS 658564240  CL 82320530  SO 358  FO 22651238  LE 1)

Computer Forensics LLC | 1880 North Congress Ave, Suite 333| Boynton Beach, FL 33426 | 561.404.3074 | www.ComputerForensicsLLC.com

2/13/2015                                Items Submitted                              Page 12 of 13

**Toshiba External Hard Drive with NTFS Windows Partition**

Looking at the screen capture below and referring to the most up to date database: http://www.linux-usb.org/usb.ids one can see that 0x048 (0480) is from Toshiba America Info. Systems, Inc. and 0x200 (0200) is an External Disk and 0x0 (00) is the release for that device.  I located 1 entry for this device.

**EnCase Screen Captures of a System.log file in unallocated space JRaleigh_LT1" aka "MacBook C02HW056DV31 from 10/15/2014**

```
0570075328820ct 15 14:45:51 jrmbp Slack[576]: CGSCopyDisplayUUID: Invalid display 0x0424lead
0570075329630ct 15 14:45:51 jrmbp Slack[576]: CGSCopyDisplayUUID: Invalid display 0x78c59245
0570075330440ct 15 14:45:54 jrmbp kernel[0]: USBMSC Identifier (non-unique): 20140618002698F 0x480 0x200 0x0, 3
0570075331440ct 15 14:45:56 jrmbp Flu*[431]: Display list confused, doing full reset.
0570075332180ct 15 14:45:59 jrmbp com.apple.kextd[19]: Can't create kext: invalid CFBundleVersion in identifier cache entry entry 34
0570075333389.
0570075333410ct 15 14:45:59 --- last message repeated 1 time ---
0570075333940ct 15 14:45:59 jrmbp com.apple.kextd[19]: kext com.github.osxfuse.filesystems.osxfusefs  204029000 is in exception list
057007533514, allowing to load
0570075335330ct 15 14:45:59 jrmbp kernel[0]: OSXFUSE: starting (version 2.4.2, Jun  6 2012, 13:39:25)
0570075336230ct 15 14:45:59 jrmbp ntfs-3g[5940]: Version 2010.10.2-mac external FUSE 27
0570075336990ct 15 14:45:59 jrmbp ntfs-3g[5940]: Mounted /dev/rdisk1s1 (Read-Write, label "TOSHIBA EXT", NTFS 3.1)
0570075338020ct 15 14:45:59 jrmbp ntfs-3g[5940]: Cmdline options: norecover,nfconv,auto_xattr,local,defer_permissions
0570075339080ct 15 14:45:59 jrmbp ntfs-3g[5940]: Mount options: auto_xattr,local,defer_permissions,allow_other,nonempty,relatime,fsn
057007534028ame=/dev/disk1s1,volname=TOSHIBA EXT
0570075340650ct 15 14:45:59 jrmbp ntfs-3g[5940]: Ownership and permissions disabled, configuration type 1
0570075341590ct 15 14:46:00 jrmbp fseventsd[54]: could not open </Volumes/TOSHIBA EXT/.fseventsd/fseventsd-uuid>> (No such file or
057007534279directory)
0570075342900ct 15 14:46:00 jrmbp fseventsd[54]: log dir: /Volumes/TOSHIBA EXT/.fseventsd getting new uuid: A1FED691-0C9E-450F-9E31-
05700753441044612FE188309
0570075344230ct 15 14:46:00 jrmbp com.apple.kextd[19]: Can't create kext: invalid CFBundleVersion in identifier cache entry entry 34
0570075345439.
0570075345460ct 15 14:46:15 --- last message repeated 5 times ---
0570075346000ct 15 14:46:15 jrmbp diskarbitrationd[60]: unable to mount /dev/disk1s1 (status code 0xFFFFFFFE).
0570075346990ct 15 14:46:15 jrmbp mds[44]: (Normal) Volume: volume:0x7fac28ad7000 ********** Bootstrapped Creating a default store:1
057007534819 SpotLoc:(null) SpotVerLoc:(null) occlude:0 /Volumes/TOSHIBA EXT
0570075348840ct 15 14:46:51 jrmbp Slack[576]: CGSCopyDisplayUUID: Invalid display 0x5b81c5c1
0570075349650ct 15 14:46:51 jrmbp Slack[576]: CGSCopyDisplayUUID: Invalid display 0x0424lead
```
JRaleigh\MacBook C02HW056DV31\D\Unallocated Clusters (PS 1420225374 LS 1419815734 CL 177476966 SO 113 FO 57007533169 LE 1)

## IPad Devices & Findings

On the hard drive I was provided were Cellebrite extractions for 2 Apple iPad devices.  Both devices were searched using Cellebrite's Physical Analyzer software.  The search was negative for Malibu Media's works and for BitTorrent use and related activity.

1. iPad1_5.1-5.1.1_Physical_05-12-14_10-03-39
2. AppleDevice_AdvancedLogical_09-12-14_11-52-17

Computer Forensics LLC | 1880 North Congress Ave, Suite 333| Boynton Beach, FL 33426 | 561.404.3074 | www.ComputerForensicsLLC.com

2/13/2015                                Items Submitted                              Page 13 of 13