UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT MICHIGAN

| | |
|---|---|
| MALIBU MEDIA, LLC, ) | |
| ) | |
| Plaintiff, ) | Civil Action Case No. 1:13-CV-360-RJJ |
| ) | |
| v. ) | |
| ) | |
| JESSE RALEIGH, ) | |
| ) | |
| Defendant. ) | |

## MOTION TO APPEAR *PRO HAC VICE* FILED ON BEHALF OF ATTORNEY JESSICA FERNANDEZ

Counsel for Plaintiff, Paul J. Nicoletti, of the law firm Nicoletti Law, PLC, pursuant to W. D. Mich. Local Rule 83.1(c), hereby moves for entry of an Order granting Jessica Fernandez of Lipscomb, Eisenberg & Baker, PL, leave to appear *pro hac vice* for the purpose of appearing as counsel on behalf of Plaintiff, Malibu Media, LLC, in the above-styled cause only. In support of this motion, the undersigned states:

1. W. D. Mich. L. R. 83.1 permits attorneys to appear *pro hac vice* "on a temporary basis pending full admission[.]" Further, "[a] person who is duly admitted to practice in a court of record of a state, and who is in active status and in good standing, may apply for admission to the bar of this Court" by "[paying] the fee established by the Court and [completing] the application provided by the Clerk." W. D. Mich. Local Rule 83.1(c).

2. On June 5, 2015, Jessica Fernandez submitted a Petition for Admission for the United States District Court for the Western District of Michigan ("Petition") and the requisite fee. The Petition remains pending.

**WHEREFORE,** the undersigned counsel respectfully requests that this Court enter an Order granting Jessica Fernandez leave to appear *pro hac vice* for purposes of this cause only.

1

Dated: June 11, 2015

             Respectfully submitted,

             NICOLETTI LAW, PLC

      By:  /s/ *Paul J. Nicoletti*
          Paul J. Nicoletti, Esq. (P44419)
          33717 Woodward Avenue, #433
          Birmingham, MI 48009
          Tel:  (248) 203-7800
          E-Fax: (248) 928-7051
          Email:  pauljnicoletti@gmail.com
          *Attorney for Plaintiff*

## **CERTIFICATE OF SERVICE**

I hereby certify that on June 11, 2015, a copy of the foregoing Motion to Appear *Pro Hac Vice* on Behalf of Attorney Jessica Fernandez was filed electronically.  Service of this filing will be made on all ECF-registered counsel by operation of the court's electronic filing system.  Parties may access this filing through the court's system.

           By:  /s/ *Paul J. Nicoletti*