# UNITED STATES DISTRICT COURT

# FOR THE WESTERN DISTRICT OF MICHIGAN

| | |
|---|---|
| MALIBU MEDIA, LLC,        )<br>                                              )<br>       Plaintiff,              )<br>v.                                          )<br>                                              )<br>JESSE RALEIGH,            )<br>                                              )<br>       Defendant.           )<br>_____ ) | Civil Action Case No.: 1:13-cv-00360-RJJ<br>HON. ROBERT J. JONKER<br>MAG. JUDGE: HUGH W. BRENNEMAN |

**NICOLETTI & ASSOCIATES, PLLC**
PAUL J. NICOLETTI [P-44419]
Attorney for Plaintiff
33717 Woodward Avenue, Ste. #433
Birmingham, MI 48009
Landline: (248) 203-7800
eFax: (248) 928-7051
pauljnicoletti@gmail.com
http://www.nicolettilawplc.com

**BLANCO WILCZYNSKI, PLLC**
Derek S. Wilczynski [P-57079]
Attorneys for Defendant
2095 East Big Beaver, Suite 400
Troy, MI 48083
(248)519-9000
Fax: (248) 519-9001
dsw@blancopc.com

**LINCOLN G. HERWEYER, P.C.**
LINCOLN G. HERWEYER [P-55742]
Co-Counsel for Defendant
35054 Twenty-Three Mile Road, Suite 115
New Baltimore, MI  48047
(586)716-1562
Fax: (586) 716-1867
lgherweyer@netscape.net

### ***RESPONSE TO MALIBU MEDIA'S MOTION FOR AN EXTENSION OF TIME***

NOW COMES, Defendant, JESSE RALEIGH, by and through and his Attorneys, BLANCO WILCZYNSKI, PLLC, and as his Response to Malibu Media's Motion for an Extension of Time, states unto this Honorable Court as follows:

Defendant, JESSE RALEIGH, has no objection to the extension of time requested by Plaintiff, Malibu Media.

Respectfully submitted,

**BLANCO WILCZYNSKI, P.L.L.C.**

/s/ *Derek S. Wilczynski*
DEREK S. WILCZYNSKI [P-57079]
Attorneys for Defendant
LINCOLN G. HERWEYER [P-55742]
Co-Counsel for Defendant

Dated:   December 7, 2015

---

**PROOF OF SERVICE**

The undersigned certifies that a copy of the foregoing document was served upon all counsel at their above-captioned addresses on the **SEVENTH** day of **DECEMBER, 2015,** via:

_____ U.S. Mail          _____ Express Delivery
_____ Facsimile          _____ Hand Delivery
■ **EMAIL**                _____ Other

and declares under penalty of perjury that this statement is true to the best of her information, knowledge and belief.

/s/ *Freda A. Noble*
**FREDA A. NOBLE**

---

*s:\cases - opened\internet trolling cases\raleigh, jesse\pleading\response to motion for extension of time.dsw.fan.docx*