UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

MALIBU MEDIA, LLC,

       Plaintiff,                                Case No. 1:13−cv−00360−RJJ

v.                                        Hon. Robert J. Jonker

JOHN DOE, et al.,

       Defendants.
_____/

## ORDER

       The Court GRANTS plaintiff's unopposed motion to appear by telephone [docket no. 110]. The motion hearing re: [106] set for December 8, 2015, at 10:00 a.m. will be held VIA TELEPHONE. Plaintiff's counsel shall initiate the telephone conference.

       IT IS SO ORDERED.

Dated:  December 7, 2015                                      /s/ Ray Kent
                                                                   RAY KENT
                                                                   U.S. Magistrate Judge