# *EXHIBIT*

# *1*

## Derek S. Wilczynski

**From:** Derek S. Wilczynski
**Sent:** Tuesday, December 01, 2015 12:29 PM
**To:** 'Keith Lipscomb'; Copyright-attorneys
**Cc:** Jessica Fernandez; 'Lincoln Herweyer (lgherweyer@aim.com)'
**Subject:** RE: Malibu Media v. Raleigh

I don't know what that means. Are you going to forward, or file, the depositions and discovery requests from your brief?

Derek S. Wilczynski
Blanco Wilczynski, PLLC
2095 E. Big Beaver Ste 400
Troy, MI 48083
248.519.9000
248.519.9001 fax

**From:** Keith Lipscomb [mailto:KLipscomb@LEBFIRM.COM]
**Sent:** Tuesday, December 01, 2015 12:27 PM
**To:** Derek S. Wilczynski; Copyright-attorneys
**Cc:** Jessica Fernandez; 'Lincoln Herweyer (lgherweyer@aim.com)'
**Subject:** Re: Malibu Media v. Raleigh

Receipt acknowledged.

Sent from my BlackBerry 10 smartphone.

**From:** Derek S. Wilczynski
**Sent:** Tuesday, December 1, 2015 10:42 AM
**To:** Keith Lipscomb
**Cc:** Jessica Fernandez; 'Lincoln Herweyer (lgherweyer@aim.com)'
**Subject:** Malibu Media v. Raleigh

Keith:

Your motion for sanctions references the depositions of Jesse Raleigh and his wife, yet they are not attached. It also references numerous discovery documents which are either (a) not attached or (b) not identified by date or type of response.

Please forward to me the documents on which you are relying or, alternatively, please file them with the court. I cannot respond meaningfully to your motion without them.

Derek S. Wilczynski
Blanco Wilczynski, PLLC
2095 E. Big Beaver Ste 400
Troy, MI 48083
248.519.9000
248.519.9001 fax

1