UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

MALIBU MEDIA, LLC,

       Plaintiff,                       Case No. 1:13–cv–00360–RJJ

v.                                   Hon. Robert J. Jonker

JOHN DOE, et al.,

       Defendants.
_____/

## NOTICE OF HEARING

TAKE NOTICE that a hearing on the following motion(s) has been **rescheduled** as set forth below:

| | |
|---|---|
| Motion(s): | Motion for Extension of Time – #106<br>Motion for Sanctions – #108 |
| Date/Time: | January 26, 2016   10:00 AM<br>*(previously set for 1/26/2016 at 9:30 AM)* |
| Magistrate Judge: | Ray Kent |
| Place/Location: | 584 Federal Building, Grand Rapids, MI |

                                            RAY KENT
                                            U.S. Magistrate Judge

Dated:   January 19, 2016        By:   /s/ Faith Hunter Webb_____
                                                    Judicial Assistant