UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MICHIGAN

| | |
|---|---|
| MALIBU MEDIA, LLC, )<br>　　　　　　　　　　　　　　　)<br>　　　　Plaintiff, 　　　　　　　)<br>v.　　　　　　　　　　　　　　　)<br>　　　　　　　　　　　　　　　　)<br>JESSE RALEIGH,　　　　　　　 )<br>　　　　　　　　　　　　　　　　)<br>　　　　Defendant.　　　　　　　)<br>_____) | Civil Action Case No.: 1:13-cv-00360-RJJ<br>HON. ROBERT J. JONKER<br>MAG. JUDGE:  RAY KENT |

**NICOLETTI & ASSOCIATES, PLLC**
PAUL J. NICOLETTI [P-44419]
Attorney for Plaintiff
33717 Woodward Avenue, Ste. #433
Birmingham, MI 48009
Landline: (248) 203-7800
eFax: (248) 928-7051
pauljnicoletti@gmail.com
http://www.nicolettilawplc.com

**BLANCO WILCZYNSKI, PLLC**
Derek S. Wilczynski [P-57079]
Attorneys for Defendant
2095 East Big Beaver, Suite 400
Troy, MI 48083
(248)519-9000
Fax:  (248) 519-9001
dsw@blancopc.com

**LINCOLN G. HERWEYER, P.C.**
LINCOLN G. HERWEYER [P-55742]
Co-Counsel for Defendant
35054 Twenty-Three Mile Road, Suite 115
New Baltimore, MI  48047
(586)716-1562
Fax: (586) 716-1867
lgherweyer@netscape.net

DEFENDANT'S MOTION FOR
 SUMMARY JUDGMENT AND FOR ATTORNEY FEES

\* \* \*    ORAL ARGUMENT REQUESTED    \* \* \*

**COMES NOW** Defendant, Jesse Raleigh, and files this Motion for Summary Judgment and Brief in Support to dismiss this case as a matter of law because there is no evidence that Defendant violated the Copyright Act. In fact, all of the evidence in the record indicates that Defendant did not violate the copyright act. Further, Defendant requests that this Court enter an Order to set a date and time for a hearing to award Defendant attorneys' fees for having to spend almost three years defending an action for which there has never been any evidence to support Plaintiff's claims.

**WHEREFORE**, Defendant respectfully requests that, pursuant to Fed. R. Civ. Pro. 56(c), this Court enter an Order dismissing this case as a matter of law. Defendant further requests that this Court enter an Order, pursuant to 17 U.S.C. §101, *et seq.*, setting this matter for a hearing to determine an award of Defendant's attorney fees under Fed. R. Civ. Pro. 54(d)(2)(B)(i)

Respectfully submitted,

**BLANCO WILCZYNSKI, P.L.L.C.**

/s/ Derek S. Wilczynski
DEREK S. WILCZYNSKI [P-57079]
Attorneys for Defendant
LINCOLN G. HERWEYER [P-55742]
Co-Counsel for Defendant

Dated: February 13, 2016

2