UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

MALIBU MEDIA, LLC,

       Plaintiff,

                                                       CASE NO. 1:13-CV-360

v.

                                                      HON. ROBERT J. JONKER

JESSE RALEIGH,

       Defendant.
_____/

## ORDER

      The Defendant's Motion for Summary Judgment is set for hearing on May 2, 2016. Defendant has also filed a *Daubert* motion challenging aspects of the anticipated testimony of Plaintiff's expert. The Court has reviewed the parties' briefs on the *Daubert* issues and sees no need for a separate evidentiary haring on the *Daubert* issues. The Court will consider the issues briefs on the *Daubert* motion as part of the Summary Judgment hearing process.

      **IT IS SO ORDERED**.


Dated:    February 29, 2016        /s/ Robert J. Jonker
                                                           ROBERT J. JONKER
                                                           CHIEF UNITED STATES DISTRICT JUDGE