UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

MALIBU MEDIA, LLC,

       Plaintiff,                                      Case No. 1:13-CV-360

v.                                                         Hon. Robert J. Jonker

JESSE RALEIGH,

       Defendant.
_____/

**ORDER REGARDING SETTLEMENT CONFERENCE**

A settlement conference has been scheduled before the undersigned on **May 31, 2016, at 1:30 p.m.**

**Persons Required to Attend.** Unless excused by a showing of good cause, the attorney who is to conduct the trial shall attend the settlement conference, accompanied by a representative of the party with full settlement authority. Both shall attend in person. The person with settlement authority must come cloaked with authority to accept, without further contact with another person, the settlement demand of the opposing party. An insured party shall also appear by a representative of the insurer who is authorized to negotiate and to settle the matter (within policy limits) up to the amount of the opposing parties' existing settlement demand. W.D.Mich. LCivR 16.8.

**Settlement Letter to Opposing Party**. A settlement conference is more likely to be productive if, before the conference, the parties have had a written exchange of their settlement proposals. **Accordingly, at least fourteen (14) days prior to the settlement conference, plaintiff's counsel shall submit a written itemization of damages and settlement demand to defendant's counsel with a brief explanation of why such a settlement is appropriate. No later

**than seven (7) days prior to the settlement conference, defendant's counsel shall submit a written offer to plaintiff's counsel with a brief explanation of why such a settlement is appropriate. This may lead directly to a settlement. If settlement is not achieved, plaintiff's counsel shall deliver or fax copies of these letters to the undersigned's chambers no later than three (3) business days before the conference.** Do not file copies of these letters in the Clerk's Office.

**Confidential Settlement Letter to Court**. **In addition, three (3) business days before the conference, each party or their attorney shall submit to the undersigned a confidential letter concerning settlement.** A copy of this letter need not be provided to any other party. Do not file a copy of this letter in the Clerk's Office. All information in the settlement letter shall remain confidential and will not be disclosed to any other party without the approval of the writer. The confidential settlement letter shall set forth: (a) the name and title of the party representative who will be present at the settlement conference, with counsel's certification that the representative will have full authority to settle, without the need to consult with any other person; (b) a very brief explanation of the nature of the case, particularly identifying any impediments to settlement; (c) a history of settlement negotiations to date, including all offers, demands and responses; (d) the policy limits of any relevant insurance coverage; (e) that party's suggestions concerning the most productive approach to settlement; (f) any other matter that counsel believes will improve the chances of settlement.

**IT IS SO ORDERED.**

Dated:  April 4, 2016    /s/ Ray Kent
　　　　　　　　　　　　　　　RAY KENT
　　　　　　　　　　　　　　　United States Magistrate Judge